TODD M. LANDER (BAR NO. 173031)
todd.lander@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, 15th Floor
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Plaintiff
YSN IMPORTS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSN IMPORTS, INC., a Nevada corporation dba Flame King,<br><br>          Plaintiff,<br><br>     v.<br><br>MATHEWS OUTDOOR PRODUCTS LLC, a Louisiana limited liability company,<br><br>          Defendant. | CASE NO.:  2:19-cv-08073<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT, PATENT INVALIDITY, AND PATENT UNENFORCEABILITY**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff YSN IMPORTS, INC. doing business as Flame King ("YSN" or "Plaintiff"), for its claims for relief against Defendant Mathews Outdoor Products LLC ("Defendant"), hereby avers as follows:

### AVERMENTS COMMON TO ALL CLAIMS FOR RELIEF

The following averments are common to, and are incorporated by reference in, all claims for relief which follow:

### JURISDICTION AND VENUE

1.      This is a civil action arising under the declaratory judgments act pursuant to Title 28 U.S.C. §§ 2201, 2202, and the Patent Act, Title 35 U.S.C. § 101 et seq. Jurisdiction lies in this Court pursuant to 28 U.S.C. §§ 1331, 1332, 1338(a), 2201, and

2202.  On information and belief, Defendant regularly and continuously conducts business in and/or has maintained continuous and substantial contacts with the State of California so that requiring Defendant to respond to this action will not violate due process.  Indeed, YSN is informed and believes that Defendant distributes goods allegedly covered by the patent-in-suit throughout the state of California and this District.  In addition, Defendant has sent numerous threatening letters and demands to YSN in the state of California, knowing that YSN is a California resident, and thereby purposefully directed its activities towards California.  Defendant is subject to the personal jurisdiction in this Court and is amenable to service of process pursuant to California long-arm statute, Cal. Code of Civ. Procedure § 415.40, and Fed. R. Civ. P. 4(e).

2. Venue lies in this district pursuant to 28 U.S.C. § 1400(b) and 1391.

3. This is an action for declaratory judgment of patent non-infringement, patent invalidity, and patent unenforceability, pursuant to 28 U.S.C. § 2201, for the purpose of resolving a question of actual controversy between the parties, as stated in greater detail hereinbelow.

## THE PARTIES

4. Plaintiff, YSN IMPORTS, INC., doing business as Flame King ("YSN" or "Plaintiff"), is a corporation organized and existing under the laws of the State of Nevada, having a principal place of business in Los Angeles County, California.

5. Upon information and belief, Defendant MATHEWS OUTDOOR PRODUCTS LLC ("Defendant") is a Louisiana limited liability company with an address at 301 Lancaster Dr., Houma, LA 70360.

6. Plaintiff, YSN is in the business of, *inter alia*, making, using, advertising for sale, and selling grill and barbecue related goods.

7. Defendant is in the business of, *inter alia*, making, using, advertising for sale, and selling propane firestarters.

2
COMPLAINT

8.      Defendant alleges that it is the owner of U.S. Design Patent No. D851,763 S issued on June 18, 2019 (the "'763 patent") entitled "File Starter Lance."  A true and copy of the '763 patent is attached hereto as **Exhibit 1**.

## **FIRST CLAIM FOR RELIEF**

### **(Declaratory Judgment of Non-Infringement of Patent)**

9.      Plaintiff hereby incorporates paragraphs 1 through 8, inclusive, herein by this reference.

10.     In response to prior threats by Defendant concerning one of YSN's prior firestarter designs, Defendant has conceived of a new modified firestarter design of depicted below (the "YSN Modified Firestarter"):



11.     YSN intends to release the YSN Modified Firestarter into the marketplace imminently, and informed Defendant as much in a detailed letter, including why the YSN Modified Firestarter does not infringe the '763 patent together with why the '763 patent is invalid.  A true and correct copy of the aforedescribed letter is attached hereto as **Exhibit 2**.

12.     Defendant asserts that the YSN Modified Firestarter infringes the '763 patent and has directly threatened to sue YSN for infringement of the '763 patent upon its offer for sale and/or sale in the marketplace by YSN and its customers.  Such assertions and threats were made directly to YSN representatives in the form of Defendant's written allegations of infringement.

13.     On information and belief, Defendant also asserts that its '763 patent is not invalid and will be enforced.  These assertions by Defendant, combined with Defendant's charge of patent infringement, have put YSN in reasonable apprehension of being sued by Defendant for YSN's making, importing, using, selling, and offering for sale of the YSN Modified Firestarter by YSN and its customers.  A true and correct copy

of Defendant's written threats to YSN concerning the YSN Modified Firestarter are attached hereto as **Exhibit 3**.

14.    Upon information and belief, Defendant's assertion that the YSN Modified Firestarter infringes the '763 patent has no basis in law.  Accordingly, YSN seeks a declaration from this Court stating that the YSN Modified Firestarter does not infringe any claim of the '763 patent.

15.    In view of Defendant's charge of patent infringement and direct threats to sue YSN for patent infringement, YSN has been brought into an adversarial conflict with Defendant regarding YSN's rights to make, import, use, sell, and advertise for sale the YSN Modified Firestarter, and YSN has a real and reasonable apprehension of litigation being brought by Defendant.  Accordingly, the aforesaid actions, accusations, and demands have given rise to a cause of actual and justiceable controversy within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201 and 2202.

## SECOND CLAIM FOR RELIEF

### (Declaratory Judgment of Patent Invalidity)

16.    Plaintiff hereby incorporates paragraphs 1 through 15, inclusive herein by reference.

17.    YSN seeks a declaration from this Court stating that the '763 patent is invalid for failure to comply with one or more of the requirements of 35 U.S.C. §§ 102, 103 and/or 112.  By way of example only, true and correct copies of prior references that render the '763 patent invalid under 35 U.S.C. §§ 102 and/or 103 are attached hereto collectively as **Exhibit 4**.  By way of example only, YSN sets forth immediately below depictions of one of many burners in the prior art that is nearly identical to the claimed design of the the '763 patent.

///

///

| Weber Q100 Gas Grill Tube Burner Kit | the '763 patent |
|---|---|
|  |  |
| Published September 6, 2015 | Priority = December 29, 2016 |

18.     Defendant asserts that its '763 patent is not invalid, while YSN contends that the patent is invalid and cannot be properly asserted against YSN.  Defendant's assertions of validity, combined with its charge of patent infringement and direct threats to sue YSN for patent infringement unless YSN refrains from making, selling, using, and offering for sale the YSN Modified Firestarter, have given YSN a reasonable apprehension that Defendant will sue YSN for infringement of the '763 patent.  Accordingly, the aforesaid actions, accusations and demands by Defendant have given rise to a case of actual and justiceable controversy concerning the invalidity and enforceability of the '763 patent within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201 and 2202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

a.     A declaration that through its making, importing, using, selling, or offering for sale the YSN Modified Firestarter, YSN does not infringe, does not contributorily infringe, and does not induce acts of infringement by others of any valid and enforceable claim of U.S. Design Patent No. D851,763 S;

b.     A declaration that of U.S. Design Patent No. D851,763 S is invalid and unenforceable;

c.      That Defendant be enjoined from asserting U.S. Design Patent No. D851,763 S against YSN or taking any action to prevent YSN or its customers from importing, selling, using, making, or offering for sale the YSN Modified Firestarter in the United States;

d.      That Defendant pay to YSN the cost of this action and the reasonable attorneys' fees to be allowed to YSN by the Court;

e.      That this is an exceptional case under 35 USC § 285;

f.      That YSN have such other, further, and different relief as the Court deems proper and just under the circumstances.

Respectfully submitted,

DATED: September 18, 2019          FREEMAN, FREEMAN & SMILEY, LLP


By:  _____/ s / Mark B. Mizrahi_____
                    TODD M. LANDER
                    MARK B. MIZRAHI
                    Attorneys for Plaintiff,
                    KELLYTOY WORLDWIDE, INC.

1

## **DEMAND FOR JURY TRIAL**

2
Plaintiff hereby demands a jury trial of all issues triable by a jury.

3
Respectfully submitted,

4
DATED: September 18, 2019        FREEMAN, FREEMAN & SMILEY, LLP

5

6
By:        */ s / Mark B. Mizrahi*

7
TODD M. LANDER

8
MARK B. MIZRAHI
Attorneys for Plaintiff,

9
KELLYTOY WORLDWIDE, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

EXHIBIT 1

US00D851763S

(12) **United States Design Patent** (10) Patent No.: **US D851,763 S**
Mathews                                  (45) Date of Patent:      ** Jun. 18, 2019

(54) **FIRE STARTER LANCE**

(71) Applicant: **Tyson David Mathews**, Houma, LA (US)

(72) Inventor: **Tyson David Mathews**, Houma, LA (US)

(73) Assignee: **Mathews Outdoor Products LLC**, Houma, LA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/589,212**

(22) Filed: **Dec. 29, 2016**

(51) **LOC (11) Cl.** ............................................. 07-99

(52) **U.S. Cl.**
USPC ...................................................... **D24/147**

(58) **Field of Classification Search**
USPC ........ D21/402; D28/8.1; D23/127, 129, 386, D23/403; D7/402, 403, 404, 407, 408, D7/409, 416, 332, 333, 334, 335, 336, D7/337, 362, 363, 364, 365, 366, 367; D24/127; 126/36; D8/14, 83, 315, 316, D8/317, 318, 319, 320, 321, 322; 294/14
CPC .... A47J 37/0713; A47J 37/041; A47J 37/042; A47J 37/043; F23D 2203/1012; F23D 2900/00017; F23D 2206/0094; F23D 91/02; F24C 3/14; F24C 1/16; F24C 5/20; F24B 15/005; F24B 15/002; F23G 7/04; F23L 9/00; F23Q 13/02; F23Q 13/04
See application file for complete search history.

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 109,324 | A | 11/1870 | Kenney, Sr. | |
| 420,056 | A | 1/1890 | Hackney | |
| D54,852 | S * | 4/1920 | Kerr et al. | ................... D23/415 |
| 1,802,626 | A | 4/1931 | Boyd et al. | |
| 3,410,261 | A | 11/1968 | Cooper et al. | |

| | | | | |
|---|---|---|---|---|
| 3,589,312 | A * | 6/1971 | Cooper | ................. A47J 37/079 126/25 B |
| 3,605,653 | A * | 9/1971 | Donnell | ................. F24B 15/005 126/25 B |
| 3,824,984 | A | 7/1974 | Swanson et al. | |
| 3,987,779 | A | 10/1976 | Richardson | |

(Continued)

OTHER PUBLICATIONS

"Cajun Dragon General Demonstration" https://www.youtube.com/watch?v=YgNSD_fzK1E May 26, 2016 (Year: 2016).*

*Primary Examiner* — Cathron C Brooks
*Assistant Examiner* — Samantha Q Lawrence
(74) *Attorney, Agent, or Firm* — Garvey, Smith & Nehrbass, Patent Attorneys, L.L.C.; Seth M. Nehrbass; Julie R. Chauvin

(57)                    **CLAIM**

The ornamental design for a fire starter lance, as shown and described.

**DESCRIPTION**

FIG. **1** is a bottom view of a first embodiment, showing the design of a fire starter lance;
FIG. **2** is a top view of a first embodiment;
FIG. **3** is a left side view of a first embodiment;
FIG. **4** is a right side view of a first embodiment;
FIG. **5** is a front end view of a first embodiment;
FIG. **6** is a rear end view of a first embodiment;
FIG. **7** is a bottom view of a second embodiment, showing the design of a fire starter lance;
FIG. **8** is a top view of a second embodiment;
FIG. **9** is a left side view of a second embodiment;
FIG. **10** is a right side view of a second embodiment;
FIG. **11** is a front end view of a second embodiment; and,
FIG. **12** is a rear end view of a second embodiment.
No color is claimed as part of the design. The fittings shown in dotted or broken lines in FIGS. **1-12** are connectors and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT 1**
**9**

**US D851,763 S**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,013,398 | A | * | 3/1977 | Hendrix ..................... F23Q 2/16 |
| | | | | 294/209 |
| D254,704 | S | * | 4/1980 | Hammond ...................... D8/14 |
| 4,222,734 | A | | 9/1980 | Nolf |
| D258,309 | S | * | 2/1981 | Leighton ................... D23/415 |
| D258,342 | S | * | 2/1981 | Boulis ..................... D23/403 |
| 4,315,731 | A | | 2/1982 | Moore |
| 4,522,585 | A | * | 6/1985 | Martin ................... F23Q 13/04 |
| | | | | 126/25 B |
| 4,779,608 | A | * | 10/1988 | Smith ................... F23Q 13/04 |
| | | | | 126/25 B |
| 4,891,005 | A | * | 1/1990 | Carter ................... F23Q 13/04 |
| | | | | 126/25 B |
| D346,530 | S | * | 5/1994 | Elliott ........................ D7/402 |
| D375,020 | S | * | 10/1996 | Cothern ..................... D7/402 |
| 5,800,158 | A | * | 9/1998 | De Groot ............... F23D 14/28 |
| | | | | 126/25 B |
| 6,044,836 | A | * | 4/2000 | Oliver, Jr. ............. F24C 3/006 |
| | | | | 126/41 R |
| D437,679 | S | * | 2/2001 | Lisowski ........................ D3/9 |
| D443,354 | S | * | 6/2001 | Johnston .................. D23/415 |
| D445,174 | S | * | 7/2001 | Fox ......................... D23/415 |
| 6,926,519 | B1 | * | 8/2005 | Lusson ................... F23Q 2/16 |
| | | | | 431/254 |
| D551,799 | S | | 9/2007 | Smith |

| | | | | |
|---|---|---|---|---|
| D673,359 | S | * | 1/2013 | Goldwasser .................... D3/10 |
| D690,460 | S | * | 9/2013 | Kurland .................... D27/139 |
| D717,596 | S | * | 11/2014 | Maher ........................ D7/402 |
| 8,875,693 | B2 | * | 11/2014 | Irvin ................... F23D 14/105 |
| | | | | 126/39 E |
| D754,475 | S | * | 4/2016 | Pontano .................... D7/402 |
| D767,874 | S | * | 10/2016 | Berberian ........................ D3/7 |
| D783,351 | S | * | 4/2017 | Fujino ...................... D7/407 |
| D786,388 | S | * | 5/2017 | Pennington ................ D22/117 |
| D792,741 | S | * | 7/2017 | Chung ...................... D7/407 |
| 9,879,863 | B1 | * | 1/2018 | Lazarov .............. F24B 15/002 |
| 10,088,168 | B2 | * | 10/2018 | Yeh ....................... F24C 3/004 |
| 2005/0110253 | A1 | | 5/2005 | Khandhadia et al. |
| 2006/0035191 | A1 | * | 2/2006 | Van Vuuren ........... F23D 14/28 |
| | | | | 431/344 |
| 2008/0081308 | A1 | * | 4/2008 | Witzel ................... F23D 14/62 |
| | | | | 431/354 |
| 2008/0085484 | A1 | | 4/2008 | Tornquist |
| 2008/0171296 | A1 | * | 7/2008 | Yen ................... F23D 14/105 |
| | | | | 431/346 |
| 2009/0205631 | A1 | * | 8/2009 | Tsung ................... F23D 14/045 |
| | | | | 126/39 E |
| 2009/0315351 | A1 | * | 12/2009 | Biddington ........... F24B 15/002 |
| | | | | 294/14 |
| 2010/0154775 | A1 | * | 6/2010 | Robinson ............... F23D 14/06 |
| | | | | 126/39 E |
| 2016/0069564 | A1 | * | 3/2016 | Ahmed ................... F23D 14/10 |
| | | | | 126/39 E |

* cited by examiner

**EXHIBIT 1**
**10**

**U.S. Patent**     Jun. 18, 2019     Sheet 1 of 4     US D851,763 S



FIG. 1          FIG. 2

EXHIBIT 1
11

**U.S. Patent**      Jun. 18, 2019      Sheet 2 of 4      US D851,763 S



FIG. 5

FIG. 6

FIG. 3      FIG. 4

**EXHIBIT 1**
**12**

**U.S. Patent**　　　Jun. 18, 2019　　　Sheet 3 of 4　　　**US D851,763 S**



FIG. 7　　　　　　　　FIG. 8

**EXHIBIT 1**
**13**



FIG. 11

FIG. 12

FIG. 9

FIG. 10

EXHIBIT 1
14

# EXHIBIT 2

EXHIBIT 2
15



DIRECT DIAL: (310) 255-6129
EMAIL: mark.mizrahi@ffslaw.com
REPLY TO: Los Angeles
FILE NO.:

September 17, 2019

**<u>VIA E-MAIL AND U.S. MAIL</u>**

Tyson David Mathews
Mathews Outdoor Products LLC
301 Lancaster Dr.
Houma, LA 70360

     Re:    Alleged Infringement of United States Design Patent No. D851,763 S
            <u>Our Ref.: 27296-201</u>

Dear Mr. Mathews:

     This firm represents Flame King in connection with its intellectual property matters.  We understand that you have made allegations that Flame King's prior design for its YSNFS-01 Propane Fire Starter Log Lighter infringed upon your company's U.S. Design Patent No. D851,763 (the "Asserted Patent").  Without admitting liability, but instead to avoid unnecessary disputes over a trivial matter as an ornamental design for functional product, my client redesigned its YSNFS-01 Propane Fire Starter Log Lighter (the "Modified Firestarter"), as depicted below:



Modified Firestarter

     In our view, the only features the Asserted Patent and the Modified Firestarter share in common are that they are both gas tube burners with a linearly straight portion and closed loop end portion – features which are replete throughout the prior art. Ultimately, based in part on our preliminary analysis below, it is clear that the <u>Asserted Patent is invalid and that our client's Modified Firestarter does not infringe the Asserted Patent.</u>

     We trust that in light of this letter and analysis, you will refrain from making any further allegations of infringement directly to my client or any online marketplace through which it sells its wares.

**EXHIBIT 2**
**16**

Tyson David Mathews
September 17, 2019
Page 2

For your reference, we set forth below our preliminary analysis concerning the invalidity of the designs claimed in the Asserted Patent and non-infringement by the Modified Firestarter. These are not our client's final positions and my client reserves the right to amend, modify, and/or supplement these analyses in the future. Additional prior art searches may also reveal additional prior art. This is a preliminary analysis, being provided to you under Federal Rule of Evidence § 408.

## I.  INVALIDITY

At the outset, we note that there are numerous prior art gas tube burners with linearly straight portions and looped end portions in the marketplace[1] that, in the eye of an ordinary observer, are substantially the same as the designs claimed in the Asserted Patent. We enclose herewith, as **Exhibit 1**, various prior art references, together with materials at least preliminarily dating these references, where applicable.

### A. Anticipation

The claimed designs in the Asserted Patent are anticipated in light of the fact that these designs and the below identified prior art references, when viewed as a whole, are identical in all material respects. *See, e.g., International Seaway Trading Corporation v. Walgreens Corporation, et al.*, 589 F.3d 1233 (Fed. Cir. 2009). By way of example only, please see the Centro Curved Burner, Uniflame "P" Burner, Uberhaus Stainless Steel Burner, Weber Q100 Gas Grill Tube Burner Kit, Vossen and Weber Q200, Q220 Burner Tube prior art designs set forth below. Minor differences cannot preclude a finding of anticipation. *Id.*

Any one of the below references, *especially* the Weber burners, would qualify as anticipatory prior art vis-à-vis the Asserted Patent.

---

[1] Indeed, as can be seen from the enclosed exhibits, many of these prior art burners were exhibited through channels widely available in the marketplace, such that you must have had access to and been aware of them. Yet, we note, that none of these burners appear to have been disclosed to the USPTO by you in connection with the prosecution of the Asserted Patent.

Tyson David Mathews
September 17, 2019
Page 3

| Centro Curved Burner | Uniflame "P" Burner | Uberhaus Stainless Steel Burner | Weber Q100 Gas Grill Tube Burner Kit | Weber Q200, Q220 Burner Tube |
|---|---|---|---|---|
|  |  |  |  |  |
| Published May 11, 2015 | Published May 11, 2015 | Published May 11, 2015 | Published September 6, 2015 | Published April 3, 2015 |

The gas tube burners in all five of these references share basically the same design characteristics with Asserted Patent, such as gas tube burners having: (a) a tubular body, (b) a linearly-straight portion, (c) a looped end portion, (d) the looped end portion being laterally asymmetric with respect to the linearly straight portion, and (e) gas outlet holes disposed on the face of the looped end portion. If anything, to the extent that there are any differences between any one of these primary references and the designs claimed in the Asserted Patent, they are minor and insubstantial differences.

Moreover, the Centro Curved Burner and Uberhaus Stainless Steel Burner are examples of prior art gas tube burners in which the looped end portion features a radiused outboard portion and an angled (faceted) inboard portion. Thus, the Asserted Patent's inclusion of such features does nothing to render its claimed designs novel.

Regardless, Flame King contends that any one of the prior art gas burner tubes depicted above, and many others in the prior art, would anticipate the Asserted Patent, being that they would be perceived as essentially the same in the eye of the ordinary observer.

**B. Obviousness**

Even if it were determined that the claimed designs in the Asserted Patent were not anticipated, at the very least, they would be found to be obvious in light of the combination of two or more of prior art references identified, above.

For the obviousness analysis of design patents, the question "is whether the claimed design would have been obvious to a designer of ordinary skill who designs articles of the type

Tyson David Mathews
September 17, 2019
Page 4

involved." *MRC Innovations, Inc. v. Hunter Mfg*., LLP, 747 F.3d 1326, 1335 (Fed. Cir. 2014). The obviousness test consists of two steps. *Id.* at 1331. In the first step, a primary reference (sometimes referred to as a "Rosen reference") must be found, "the design characteristics of which are basically the same as the claimed design." *Id.* This first step consists of two-part inquiry under which a court must both (1) discern the correct visual impression created by the patented design as a whole; and (2) determine whether there is a single reference that creates "basically the same" visual impression. *Id.* The second step consists of modifying the primary reference with secondary references "to create a design that has the same overall visual appearance as the claimed design." *Id.* The secondary reference(s) must be "so related [to the primary reference] that the appearance of certain ornamental features in one would suggest the application of those features to the other." *Id.* In other words, the mere similarity in appearance itself provides the suggestion that one should apply certain features to another design. *Id.*

Here, anyone of many of the prior art designs could serve as the "primary reference." For sake of discussion, here, we have selected the Centro Curved Burner, Uniflame "P" Burner, Uberhaus Stainless Steel Burner, Weber Q100 Gas Grill Tube Burner Kit, Vossen and Weber Q200, Q220 Burner Tube prior art designs set forth below, depicted above, as primary references, as they each create basically the same visual impression as the claimed designs in the Asserted Patent.

Further, ornamental designs for gas tube fire-starters have long included a linearly-straight portion and a broadened burner portion. The table below illustrates a sample of prior art patents illustrating such design features.

| US 1802626 | US 109324 | US 3589312 |
|---|---|---|
|  |  |  |
| Issued 04/ 28/1931 | Issued 11/15/1870 | Issued 06/29/1971 |

2615887.1

**EXHIBIT 2**
**19**

Tyson David Mathews
September 17, 2019
Page 5

Moreover, as noted above, the Centro Curved Burner and Uberhaus Stainless Steel Burner are examples of prior art gas tube burners in which the looped end portion features a radiused outboard portion and an angled (faceted) inboard portion. Thus, the Asserted Patent's inclusion of such features does nothing to render its claimed designs non-obvious.

Accordingly, because all of the claimed features of the Asserted Patent are present within one or more of the primary references, the claimed designs in the Asserted Patent are invalid on obviousness grounds. If anything, to the extent that there are any differences between any one of these primary references and the designs claimed in the Asserted Patent, they are minor and insubstantial differences.

Even if it were determined that none of the primary references alone or in combination contain all of these features, when the primary references are viewed in combination with one or more of the secondary references a finding of obviousness is inescapable.

In any event, even putting aside whether or not the Asserted Patent will ultimately be deemed invalid, as set forth below, the fact remains that the claimed designs in the Asserted Patent bear greater similarity to many of the above-identified prior art designs than they do to my client's Modified Firestarter.

## NON-INFRINGEMENT

The sole test for design patent infringement analysis is the ordinary observer test that originates from Egyptian Goddess. *Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F.3d 665 (Fed. Cir. 2008) (en banc). This test involves two steps. In the first step, the patented design and the accused design are compared to determine if they appear "substantially the same," such that an ordinary observer would confuse one product for the other. If after the first step, the factfinder determines that the designs are not "plainly dissimilar," the factfinder moves onto the second step. In the second step, the patented and accused designs are compared with art from prior patents to allow the factfinder to attach importance to differences between the claimed design and the prior patent depending on the overall effect of those differences on the design. This comparison to prior art allows the ordinary observer to attach significance to "differences between the claimed and accused designs that might not be noticeable in the abstract." *Egyptian Goddess*, 543 F.3d at 678. As a result, if the patent and the prior art are particularly close, the scale of comparison between the accused and patented designs shrinks. *See id.* at 676 ("When the differences between the claimed and accused design are viewed in light of the prior art, the attention of the hypothetical ordinary observer will be drawn to those aspects of the claimed design that differ from the prior art. And when the claimed design is close to the prior art designs, small differences between the accused design and the claimed design are likely to be important ...").

Even if comparing the designs in the Asserted Patent and the Modified Firestarter "in isolation" under the first part of the test could lead a reasonable jury to find substantial similarity

2615887.1

**EXHIBIT 2**
**20**

Tyson David Mathews
September 17, 2019
Page 6

– something that Flame King does not concede – "once the prior art informs the comparison" as required by the second part of the Egyptian Goddess test, the differences between the designs in the Asserted Patent and the Modified Firestarter stand out inescapably.

In connection with the second step, when the claimed design is close to prior art, small differences between the accused design and the claimed design are important to the hypothetical ordinary observer.  *See, e.g., Weber-Stephen Prods. LLC v. Sears Holding Corp.*, 2015 WL 9304343 (N.D. Ill. Dec. 22, 2015).  Here, as set forth above in connection with our invalidity discussion, above, the prior art references are extremely close in appearance to the claimed designs in the Asserted Patent.

The differences between the claimed designs in the Asserted Patent and the Modified Firestarter, here, are significant – well beyond the "small differences" sufficient to avoid a finding of infringement.  Most notably, the looped end portion of the Modified Firestarter is laterally symmetrical with respect to the linearly-straight portion.

As we see it, the similarities between the designs claimed in the Asserted Patent, and the design embodied by the Modified Firestarter bear similarities only at a high level of abstraction, *e.g.*, they represent a gas tube burner with an elongated straight portion and a looped end portion – features which are replete throughout the prior art, in part, as set forth above.  Indeed, no reasonable observer, familiar with the prior art, would be deceived into believing the Modified Firestarter are the same as the claimed designs of the Asserted Patent.  At the very least, the Modified Firestarter and the claimed designs in the Asserted Patent differ more significantly vis-à-vis each other than the claimed designs in the Asserted Patent differ from the prior art gas tube burners.

///

///

**EXHIBIT 2**
**21**

Tyson David Mathews
September 17, 2019
Page 7

| Modified Firestarter | US 3589312 | US 1802626 | US 109324 | Weber Q200, Q220 Burner Tube |
|---|---|---|---|---|
|  |  |  |  |  |
| Modified Firestarter | Issued 06/29/1971 | Issued 04/ 28/1931 | Issued 11/15/1870 | Published April 3, 2015 |

| Uniflame "P" Burner | Uberhaus Stainless Steel Burner | Centro Curved Burner | Weber Q100 Gas Grill Tube Burner Kit | Asserted Patent |
|---|---|---|---|---|
|  |  |  |  |  |
| Published May 11, 2015 | Published May 11, 2015 | Published May 11, 2015 | Published September 6, 2015 | Priority = December 29, 2016 |

2615887.1

**EXHIBIT 2**
22

Tyson David Mathews
September 17, 2019
Page 8

The close prior art draws attention to the significant differences between the Modified Firestarter and the claimed designs in the Asserted Patent, so much so that it would <u>not</u> be reasonable to conclude that an ordinary observer familiar with that prior art would be deceived into thinking the Modified Firestarter the "same as" the claimed designs in the Asserted Patent. *Egyptian Goddess*, 543 F.3d at 676.

We trust that, in light of the numerous close prior art references discussed herein – some of the most relevant of which were not disclosed by you in connection with the filing and prosecution of the Asserted Patent – you will agree that Flame King's Modified Firestarter is significantly different from the design set forth in the Asserted Patent and therefore does not infringe the Asserted Patent.

This letter is not intended as a full statement of all facts relating to this matter, nor should anything herein be construed as a waiver, release or relinquishment of any rights, remedies, claims or causes of action available to my clients, all of which are reserved.

Sincerely,

Mark B. Mizrahi
FREEMAN, FREEMAN & SMILEY, LLP

Enclosures

2615887.1

**EXHIBIT 2**
**23**

Tyson David Mathews
September 17, 2019
Page 9

# EXHIBIT 1

EXHIBIT 2
24

J. KENNEY, Sr.
FIRE KINDLER.

No. 109,324.                    Patented Nov. 15, 1870.



Witnesses.                              Inventor. J. Kenney Sr.
Phil T. Dodge                           By Dodge Munn
W. J. Redding                               his attys.

THE NORRIS PETERS CO., PHOTO-LITHO, WASHINGTON, D. C.

**EXHIBIT 2**
25

# United States Patent Office.

## JEREMIAH KENNEY, SR., OF BALTIMORE, MARYLAND.

Letters Patent No. 109,324, dated November 15, 1870.

### IMPROVEMENT IN FIRE-KINDLERS.

The Schedule referred to in these Letters Patent and making part of the same.

*To all whom it may concern:*

Be it known that I. JEREMIAH KENNEY, Sr., of Baltimore, in the county of Baltimore and State of Maryland, have invented certain new and useful Improvements in Fire-Kindling Devices; and I do hereby declare that the following is a full, clear, and exact description thereof, reference being had to the accompanying drawing making part of this specification, and to the letters of reference marked thereon, like letters indicating like parts wherever they occur.

To enable others skilled in the art to construct and use my invention, I will proceed to describe it.

My invention relates to a device for kindling or lighting wood or coal-fires; and

It consists in a series of gas-burners arranged on a frame convenient for handling, and having connected with them a flexible tube; the manner of using the device being to connect the flexible tube with the gas-pipe or burner in the room, and then, after lighting the series of jets, to introduce the frame under the grate, when the gas-flame, ascending through, among the coal or wood, quickly ignites the same.

In the drawing my device is shown in perspective under an open coal-grate.

A is a light metal frame, having arranged in it the pipe c, which latter has screwed into it the row of burners a.

b is a pipe or tube, connecting with the pipe c, and extending out beyond the frame A, and forming a handle by which to hold the same.

B is the flexible tube, attached at one end to the pipe b, and provided at its opposite end with a thimble, d, by which to connect it with the burner of the gas-pipe D.

The gas passes from D down through pipes B b c,

and out immediately under the grate, where it is ignited.

The frame A may be made of any desired size and shape to adapt it for various grates, stoves, &c., and it may be provided with any suitable style and number of burners.

By the use of this device the use of kindling of all kinds is dispensed with, and a fire kindled quicker, cheaper, and with less trouble than heretofore.

It is only necessary for the kindler to remain under the grate for a very few minutes, after which it is removed, the gas shut off, the tube disconnected and coiled up, and the device laid aside until again required for use.

This apparatus can be used in stoves of all kinds, in furnaces, and under open grates.

Handles of any suitable kind may be attached to the kindler for introducing it into the ash-pits, &c., and, when necessary, legs may be applied to the frame A, to support it near the grate.

I am aware that it has been proposed to kindle fires by connecting a jointed or flexible tube with the gas-pipes of the building, and conducting gas into hollow grate-bars, &c.; and also that a portable device, using hydrocarbon-oils for a similar purpose, has been suggested, and that a patent for such an apparatus was granted to H. Van Ausdall, July 30, 1867; and, therefore, I do not claim either of these; but

What I claim is—

A portable gas fire-kindler, constructed and arranged to be used as herein described.

JEREMIAH KENNEY, Sr.

Witnesses:
C. B. McGOLGAN,
H. B. MUNN.

**EXHIBIT 2**

**26**

April 28, 1931.                 B. K. BOYD ET AL                    1,802,626

FIRE LIGHTER

Filed Nov. 21, 1929



Bertron K. Boyd   INVENTORS

Henry Kirsch

BY

ATTORNEYS

**EXHIBIT 2**
27

Patented Apr. 28, 1931

1,802,626

# UNITED STATES PATENT OFFICE

BERTRON K. BOYD AND HENRY KIRSCH, OF DETROIT, MICHIGAN

## FIRE LIGHTER

Application filed November 21, 1929.   Serial No. 408,895.

This invention relates to a device for use in lighting fires, and more particularly to a device which is especially adapted for domestic use in lighting fires in stoves, 5 furnaces and the like.

An object of the invention is to provide a device which is very simple in construction and cheap to manufacture, and the construction of which is such as to preclude 10 the possibility of clogging the jet openings in use and to insure air supply for maintaining the jets, the supply being such as to enhance the velocity of each jet. It is also an object to so construct the device as 15 to ensure an efficient mixture of air and gas, and to provide a device which may be inserted through a small opening and directly into the combustible fuel in the furnace.

With the above and other ends in view, 20 the invention consists in the matters hereinafter set forth and more particularly pointed out in the appended claims, reference being had to the accompanying drawing, in which—

25 Figure 1 is a transverse vertical section through a house furnace, illustrating the manner in which the device embodying the present invention, may be used;

Fig. 2 is a side elevation of the device 30 illustrative of an embodiment of the present invention; and

Fig. 3 is a transverse section substantially upon the line 3—3 of Figure 2.

As shown in Figure 2 of the accompany-35 ing drawing, the device embodying the present invention consists of a conductor pipe 1 of any desired length, which is provided with a reduced end 3 for the attachment thereto of a hose 4 for conducting gas 40 or other suitable ignitible fluid, into one end of the pipe, said end adjacent the end portion or nipple 3, being provided with a handle 5 to be grasped by the hand of the operator in manipulating the device. 45 Upon the end of the pipe 1 opposite that provided with the handle 5, is a burner head which is indicated as a whole by the numeral 6. This burner head comprises a metal tube which is bent intermediate its ends as at 7 50 with the two legs or tubes 8 extending in

parallelism with a narrow space or opening 9 between the adjacent sides of the tubes. The open ends of these tubes are soldered or otherwise secured within a suitable coupling 10 which is hollow to provide a 55 passage for the gas into the open ends of the tubes 8, said coupling being internally screw threaded to engage the screw threaded end of the pipe 1 which opens directly into the hollow coupling. Jet openings 11 and 60 12 are provided along the tubes 8, the openings in one tube being in staggered relation to those in the other tube and all of the openings being formed in each tube at an angle to the transverse plane of the axis of 65 the tubes, the openings 11 in one tube being at such an angle that the gas escaping therethrough will be projected across and laterally away from the other tube, and the openings 12 are at such an angle that they 70 will project gas across the tube having the openings 11 and between the jets issuing from said openings.

With this construction, the jets issuing from the openings in one tube will be pro-75 jected angularly across the air space 9 between the tubes and in a like manner the jets issuing from the other tube will be projected angularly across this air space in an opposite direction. This crossing of the 80 flame jets across the space between the tubes causes a thorough admixture of the gases issuing from the jet openings and the air drawn through the space between the tubes, thus providing an efficient combustion. 85

If the head 6 is formed from a single tube bent upon itself, a device which is very cheap to manufacture is secured, and this construction also provides a long narrow head which is entirely devoid of sharp an-90 gles so that in use, the device may be inserted through the usual opening 13 in the front wall of the furnace 14 directly above the grates 15 and into the bed of fuel supported upon these grates. Before such in-95 sertion, the gas will be turned on and lighted as it issues from the jet openings and then the device will be inserted into the fuel with the jet openings at the upper side of the head so that the cross flames will be pro-100

**EXHIBIT 2**
**28**

**2**                                        1,802,626

jected upwardly into direct contact with the
fuel. As the device is inserted in the fuel
bed, preferably adjacent the supporting
grate, air will be drawn from beneath the
5 grate upwardly through the elongated open-
ing 9 between the tubes, by the issuing of
the gas through the jet openings across this
air slot. This air flow through the slot 9
created by the projected flame jets, will
10 clean this slot and as the parallel tubes 8
are circular in cross section, clogging of the
jet openings when the device is inserted in
the fuel bed, is effectually prevented. In-
sertion of the head into the fuel bed is fa-
15 cilitated by the pointed shape of the for-
ward end of the head, this pointed forma-
tion being the result of bending the tube
abruptly and upon itself, thus partially col-
lapsing the tube transversely of the bend
20 and thus forming a pointed end. An end
is thus formed for the head connecting the
parallel legs and to facilitate the insertion
in the fuel bed, without expense other than
bending the tube.
25    Obviously changes may be made in the
construction and arrangement of parts,
within the scope of the appended claims,
without departing from the spirit of the
invention, and we do not therefore wish to
30 limit ourselves to the particular construc-
tion shown.
   Having thus fully described our inven-
tion, what we claim is:—
   1. A device of the character described in-
35 cluding a continuous tube folded upon it-
self to provide a pointed end and formed
with jet openings, and means for supplying
a combustible fluid to said tube.
   2. A device of the character described in-
40 cluding a tube bent abruptly upon itself in-
termediate its ends to provide a pointed end,
with the end portions of the tube extended
in parallel, closely spaced-apart relation and
provided with a series of jet openings, and
45 means for supplying a combustible fluid to
said tube.
   3. A device for the purpose set forth and
including a head formed by a single tube
folded upon itself to partly collapse the tube
50 at said bend and form a pointed end for
the head, the end portions of said tube being
extended in parallel relation with a narrow
space therebetween and provided with a
series of jet openings, a hollow coupling con-
55 necting the ends of said tube, and means for
supplying a combustible fluid to said cou-
pling and head.
   4. A device for the purpose described in-
cluding a head formed from a single tube
60 bent upon itself intermediate its ends, said
bend forming a pointed end for the head,
the end portions of said tube being extended
in parallel spaced apart relation and formed
with jet openings, the openings in one tube
65 portion being in staggered relation to those

in the other portion and said openings in
each tube portion being positioned to pro-
ject jets across said space and over the other
tube, a hollow coupling connecting the open
ends of said tube, and a tube secured to said   70
coupling to conduct combustible fluid to the
head.
   In testimony whereof we affix our signa-
tures.

            BERTRON K. BOYD.                75
            HENRY KIRSCH.

                                               80

                                               85

                                               90

                                               95

                                              100

                                              105

                                              110

                                              115

                                              120

                                              125

                                              130

**EXHIBIT 2**
**29**

# United States Patent

[11] **3,589,312**

[72] Inventor  Milton V. Cooper
    5540 N. W. 23 Apt. 144, Oklahoma City,
    Okla. 73127
[21] Appl. No.  847,236
[22] Filed  Aug. 4, 1969
[45] Patented  June 29, 1971

[54] **PORTABLE APPARATUS FOR IGNITING CHARCOAL AND THE LIKE**
3 Claims, 4 Drawing Figs.

[52] U.S. Cl. ............................................. 110/1 F,
    126/25 B
[51] Int. Cl. .............................................. F23b 3/00
[50] Field of Search ................................... 110/1;
    126/25

[56] **References Cited**
UNITED STATES PATENTS
3,339,505  9/1967  Bean ........................... 110/1

3,410,261  11/1968  Cooper et al. ................ 126/25
FOREIGN PATENTS
82,351  1/1935  Sweden ........................ 126/25

*Primary Examiner*—Edward G. Favors
*Attorney*—Dunlap, Laney, Hessin and Dougherty

**ABSTRACT:** The present invention relates to portable apparatus for igniting charcoal and the like comprising an elongated rigid conduit having a forward end for discharging ignition fuel therefrom and a rearward end. A source of ignition fuel is connected to the rearward end of the conduit, and a dish-shaped member is attached to the forward end of the conduit positioned so that ignition fuel discharged from the conduit is directed downwardly toward a point near the periphery of the concave surface thereof. The dish-shaped member serves to deflect heat and flames from the combustion of the ignition fuel upwardly and outwardly, and may be used to shift charcoal and the like from one position to another before, during and after the ignition thereof.



**EXHIBIT 2**
**30**

PATENTED JUN 29 1971

3,589,312



Fig.1

Fig.2

Fig.4

Fig.3

INVENTOR
MILTON V. COOPER

BY
*Dunlap, Janny, Hessin & Dougherty*
ATTORNEYS

**EXHIBIT 2**
**31**

3,589,312

1

## PORTABLE APPARATUS FOR IGNITING CHARCOAL AND THE LIKE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to portable apparatus for igniting charcoal and the like, and more particularly, but not by way of limitation, to portable apparatus for igniting charcoal and the like with flammable gas stored in a canister under pressure.

2. Description of the Prior Art

The most commonly used method of igniting charcoal used in conventional barbecue grilling apparatus of the portable variety involves pouring a flammable liquid over the charcoal and igniting the liquid with a match or other means. This procedure is both dangerous and inconvenient in that it is normally necessary to repeatedly add additional quantities of the flammable liquid to the charcoal in order to achieve the complete ignition thereof. When such flammable liquid is poured over partially ignited charcoal it is vaporized by the heat present in the charcoal often causing flash fires or minor explosions which endanger the operator of the apparatus.

In order to overcome this problem, various types of portable apparatus have been developed for igniting charcoal in conventional barbecue grill apparatus. The most popular of these devices employ electrical energy for generating the ignition heat, and are not truly portable in that they must be plugged into an electrical outlet. This is often inconvenient in that barbecue grilling apparatus of the portable variety are normally used in the open and electrical outlets are not always available near by. Additionally, complete ignition of charcoal and the like using such electrical devices often requires a relatively long time to achieve.

Apparatus has been developed for igniting charcoal and the like with a continuous source of fuel gas, but these devices must be installed on the grilling apparatus or in a fire place, and are not portable. By the present invention portable apparatus for igniting charcoal and the like with a continuous source of fuel gas is provided which is self-contained, easily moved from place to place, and which provides maximum safety to the operator thereof.

### SUMMARY OF THE INVENTION

The present invention relates to portable apparatus for igniting charcoal and the like which comprises an elongated rigid conduit having a forward end for discharging ignition fuel therefrom and a rearward end, a source of ignition fuel connected to the rearward end of said conduit, and a dish-shaped member attached to the forward end of said conduit having the concave surface thereof positioned adjacent to the forward end of said conduit.

It is, therefore, a general object of the present invention to provide portable apparatus for igniting charcoal and the like.

A further object of the present invention is the provision of portable apparatus for igniting charcoal and the like with a continuous source of ignition fuel gas which is self-contained and easily moved from place to place.

Yet a further object of the present invention is the provision of a portable apparatus for igniting charcoal which may be conveniently used for shifting the charcoal before, during and after it is ignited.

Still a further object of the present invention is the provision of a portable device for igniting charcoal and the like with a continuous source of ignition fuel which is relatively simple to operate and which provides maximum safety to the operator thereof.

Other objects and advantages of the invention will be evident from the following detailed description when read in conjunction with the accompanying drawings which illustrate the invention.

2

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side view of the overall apparatus of the present invention being used to ignite charcoal in an exemplary conventional barbecue grilling apparatus shown in section;

FIG. 2 is an enlarged side view of a portion of the apparatus of the present invention shown in FIG. 1;

FIG. 3 is a top view of a portion of the apparatus shown in FIG. 2; and

FIG. 4 is a view taken along line 4—4 of FIG. 3.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the drawings, and particularly to FIG. 1, the apparatus of the present invention is generally designated by the numeral 10. The apparatus 10 basically comprises an ignition fuel burner and charcoal handling device 12 connected to a section of heat-resistant and nonheat conductive flexible hose 14 by a conventional connector 16. The flexible hose 14 is in turn connected to an ignition fuel source 18. The flexible hose 14 may be formed from woven asbestos, and may include additional reinforcing and plasticizing materials to insure its heat resistance and gas sealing qualities.

The fuel source 18 consists of a bottle or canister 20 containing a compressed or liquefied gas within the interior thereof. The gas is preferably propane or other of the well-known flammable gases which are suitable for safe economical disposition under pressure.

A conventional valve 22 for manually controlling the flow of gas from the canister 20, and for reducing the pressure of the gas as it passes therethrough is attached to the canister 20 in a conventional manner. The flexible hose 14 is threadedly connected to the valve 22 by a threaded male fitting 23 which is bonded to the hose 14.

Referring particularly to FIGS. 2 through 4, the ignition fuel burner and handling device 12 is illustrated in detail. The device 12 basically comprises an elongated rigid conduit 24 having a forward end 26 and a rearward end 28. The conduit 24 is preferably formed of corrosion and fire resistant metal, such as a length of stainless steel tubing. The conventional connector 16 comprises a threaded female fitting 30 which is brazed or otherwise joined to the rearward end 28 of the conduit 24. A threaded male fitting 32 which is bonded to the flexible hose 14 is threadedly joined to the female fitting 30. A handle 34, formed of a heat insulating material such as wood, is attached to the conduit 24 near the rearward end 28 thereof.

A dish-shaped member 36, preferably formed of a metallic material which is fire and corrosion resistant, such as stainless steel, is attached to the forward end 26 of the conduit 24 in a convenient manner such as by brazing. The dish-shaped member 36 is positioned with the concave surface 38 thereof adjacent to the forward end 26 of the conduit 24. As shown best in FIG. 2, the forward end 26 of conduit 24 is bent at an angle complimenting the concave surface 38 of the dish-shaped member 36, and extends within the dish-shaped member 36 a short distance terminating at a point near the periphery thereof. Additionally, as best shown in FIG. 4, the forward end 26 of conduit 24 may be flattened so that the fuel discharge opening 40 therein is formed in the shape of an ellipse with the longest axis thereof lying in a plane parallel to a plane intersected by the peripheral edges of the dish-shaped member 36.

### OPERATION

As illustrated in FIG. 1, the portable apparatus 10 may be used to ignite a quantity of charcoal 42 disposed in a conventional grilling apparatus 44. As will be understood, the grilling apparatus 44 is exemplary of any of a variety of commercially available grilling apparatus, and consists of a brasier portion 46 supported by a plurality of legs 48. In igniting the quantity of charcoal 42 using the portable apparatus 10, the ignition fuel canister 20 is placed on the floor near the grilling ap-

EXHIBIT 2

3,589,312

3

paratus 44. Since the flexible hose 14 is heat resistant and non-heat conductive, the canister is insulated from heat generated by the combustion of the ignition fuel and charcoal in the grilling apparatus 44. The fuel burner and charcoal handling device 12 may be grasped by the handle 34 and used by the operator in a manner similar to the use of a spoon to place the charcoal in a pile. Fuel is then caused to pass through the flexible hose 14 and device 12 by manually opening the valve 22 attached to the canister 20. The fuel passing through the device 12 is discharged from the opening 40 in the forward end 26 of conduit 24, and may be ignited in a conventional manner such as by a match or other means. In igniting the ignition fuel, the valve 22 may be adjusted so that only a small volume of fuel is discharged from the device 12. The ignition fuel may then be ignited with a maximum of safety. After the ignition fuel has been ignited, the dish-shaped member 36 of the device 12 may be inserted under a portion of the pile of charcoal 42 and the volume of ignition fuel increased by opening the valve 22 further. The heat and flames from the combustion of the ignition fuel pass upwardly through the charcoal 42 causing it to become ignited. After ignition of the charcoal, the device 12 may be grasped by the handle 34 and again used in a manner similar to a spoon to shift or spread the ignited charcoal 42 uniformly within the brasier portion 46 of the grilling apparatus 44. As will be understood by those skilled in the art, the heat insulating handle 34 prevents heat conducted by the conduit 24 from reaching the hand of the operator.

As described above the forward end 26 of the conduit 24, is bent at an angle complimenting the concave surface of the dish-shaped member 36. This causes the ignition fuel discharged from the conduit 24 to be directed downwardly or tangentially towards a point near the periphery of the concave surface 38 of the dish-shaped member 36. The concave surface 38 in turn causes the fuel to be directed upwardly and outwardly in a direction away from the conduit 24. Also, as described above, the forward end 26 of the conduit 24 is flattened so that the opening 40 therein is formed in the shape of an ellipse. The elliptical shape of the opening 40 causes the fuel passing therethrough to be spread laterally over the concave surface 38 of the dish-shaped member 36. Thus, after the ignition fuel passing from conduit 24 is ignited and the volume thereof increased, the flames and heat resulting therefrom are spread out and directed upwardly and outwardly from the dish-shaped member 36. As a result, the dish-shaped member 36 may be placed under a portion of the pile of charcoal 42 and the heat and flames from the combustion of the ignition fuel will be continuously distributed outwardly and upwardly through the pile of charcoal 42 thereby causing it to be

4

uniformly ignited.

The portable ignition apparatus 10 of the present invention may be used for carrying out a variety of operations in addition to the ignition of charcoal. For example, the apparatus 10 may be used for igniting firewood placed in a fireplace by simply placing the dish-shaped member 36 of the device 12 under the firewood to be ignited. The flames and heat from the combustion of the ignition fuel will be directed upwardly and outwardly towards the firewood thereby causing it to be ignited. Many other operations may be carried out using the portable apparatus of the present invention which are too numerous to list herein, but which will suggest themselves to those using the apparatus.

Thus, the present invention is well adapted to carry out the objects and attain the ends and advantages mentioned as well as those inherent therein. While presently preferred embodiments of the invention are given for the purpose of disclosure, numerous changes in the details of construction and arrangement of parts can be made which will readily suggest themselves to those skilled in the art and which are encompassed within the spirit of the invention disclosed herein.

What I claim is:

1. Portable apparatus for igniting charcoal and the like, which comprises:
   an elongated rigid conduit having a forward end for discharging ignition fuel therefrom and a rearward end;
   a source of ignition fuel connected to the rearward end of said conduit, comprising:
     a canister containing flammable gas under pressure;
     a valve attached to said canister for controlling the flow of gas therefrom; and
     a selected length of flexible tubing connected between said valve and the rearward end of said conduit; and
   a dish-shaped member attached to the forward end of said conduit having the concave surface thereof positioned adjacent to the forward end of said conduit, wherein said dish-shaped member is positioned so that ignition fuel discharged from the forward end of the conduit is directed tangentially towards a point near the periphery of the concave surface thereof.

2. The apparatus of claim 1 wherein the forward end of said conduit is formed in a shape such that the discharge opening therein causes the ignition fuel discharged therefrom to be spread laterally over the concave surface of said dish-shaped member.

3. The apparatus of claim 2 which is further characterized to include a handle formed of heat insulating material attached to said conduit near the rearward end thereof.

**EXHIBIT 2**
**33**



**EXHIBIT 2**
**34**



https://www.grillparts.com/weber/categorylist.asp?product_id=69956   Go

18 captures
6 Aug 2014 - 30 Jan 2018

NOV **APR** MAY
◄ **03** ►
2014 **2015** 2016

▼ About this capture

**Weber Gas Grill Parts Listing by Category**

**Weber Gas Grill Model Help**  |  **Weber Gas Grill Model List**

View Shopping Cart



**Weber Q200, Q220 Burner Tube**

Stainless steel burner tube. Fits Weber Q200 and Q220. Burner length is 20-1/2".

**Price:** **$24.99**    Add To Cart
Part# 69956

**In Stock**

Page instructions: Click on any part description for photo, additional part detail and ordering.

**Weber Burner Assemblies**

- #30501016 - **Weber Ducane Affinity 3100/3200/3400 Burner Tube Set**
  Set of three Ducane Affinity Series tube burners. Original equipment stainless steel. Burner length is 18". (Measurement includes the forked end which inserts into the slots at the rear of the grill.)

- #30501017 - **Weber Ducane Affinity 4100/4200/4400 Burner Tube Set**
  Set of four Ducane Affinity Series tube burners. Original equipment stainless steel. Burner length is 18". (Measurement includes the forked end which inserts into the slots at the rear of the grill.)

- #30501023 - **Weber Ducane Affinity 4400 Rotisserie Burner**
  Rotisserie burner. Fits Ducane Affinity 4400 model. Stainless steel "T" burner. The curved gas tube leading to the 17" straight burner is centered on this burner and reaches forward 18".

- #30501024 - **Weber Ducane Affinity 3400 Rotisserie Burner**
  Rotisserie burner. Fits Ducane Affinity 3400 model. Stainless steel "T" burner. The curved gas tube leading to the 17" straight burner is offset to the right on this burner and reaches forward 18".

- #30501047 - **Weber Ducane Affinity 3-Burner Collector Box And Electrode Set**
  3-burner collector box and electrode set. Kit includes three igniter collector boxes with ceramic electrodes and molded in wires. For Ducane Affinity grills. Two with 22" wires and one with a 35-3/4" wire. All wires have flat spade connectors.

- #40428 - **Weber Summit 400 Series Burner Set**
  Stainless steel burner tube set, includes 2 right, 2 left and 2 crossover burner tubes. Main burners are 21-1/8" long tip to tip and crossover burner is 6-3/4" long. Genuine Weber parts.

- #41773 - **Weber Smoker Burner For Summit Silver, Gold and Platinum**
  Smoker burner for Summit Silver, Gold and Platinum C/D series grills. Stainless steel with spider screen. 20-1/2" long. (This burner cannot be substituted for other main burners as it has no hole for

**EXHIBIT 2**
**35**



EXHIBIT 2

36



**EXHIBIT 2**
37

http://www.allpartsgrills.com/ecommerce/all-burners/pipe-tube-burners-all-brands/curved.html

22 captures
8 Oct 2013 - 8 Jun 2017

APR **MAY** AUG
◀ **31** ▶
2015 **2016** 2017

- Briquettes
- Burners
- Control Knobs
- Cooking Grids
- Electrodes & Collector Boxes
- Heat Indicators
- Heat Plates & Flavor Bars
- Hose and Regulators - LP Gas
- Rock Grates
- Spark Generators
- Warming Racks
- Wood Chips



Add to Compare                Add to Compare

15-1/2" X 4-1/2"            15-3/8" x 4-3/8" "U"
Stainless Steel "P" Pipe   Stainless Steel Tube
Burner                     Burner

$31.97                     $23.80

ADD TO CART                ADD TO CART
○ Add to Wishlist          ○ Add to Wishlist
○ Add to Compare           ○ Add to Compare

15" x 7" Stainless Steel   15" x 7" Stainless Steel
StraubelStone Left         StraubelStone Right
Burner                     Burner

$34.96                     $34.96

ADD TO CART                ADD TO CART
○ Add to Wishlist          ○ Add to Wishlist
○ Add to Compare           ○ Add to Compare

14-1/2" x 9-1/4"           13-3/4" x 5-1/2"
Stainless Steel "S"        Stainless Steel Right
Burner Kit - Right &       Side Burner
Left

$69.36                     $27.97

ADD TO CART                ADD TO CART
○ Add to Wishlist          ○ Add to Wishlist
○ Add to Compare           ○ Add to Compare

**EXHIBIT 2**
**38**



http://grillpartssearch.com/product/1R191.html   Go

1 capture
11 May 2015

APR **MAY** JUN
2014 **11** 2016
**2015**

Home | Our Quality | F. A. Q. | Returns | >>> *R U S H Processing* >>>   Search   Sign In



WE NOW CARRY
PREMIUM GAS BBQ GRILLS
● CLICK HERE

Search by Manufacturers / Model #
Grill Gadgets & Extras
Briquette / Lava Rock Grates
Briquettes, Lava Rock & Ceramics
Burners
Carryover Tubes & Burner Brackets
Cooking Grids
Covers
Gas Light Parts
Grease Trays and Drip Pans
Handles
Heat Dispersal
Heat Plates
Ignitors
Knobs
Posts
Premium Gas BBQ Grills
Regulators / Hoses / Fittings
Rotisseries & Components
Temperature Gauges
Valves
Venturis
Warming Racks
Wheels



GRILL PARTS PROSE
ANSWERS, TIPS & TRICKS
● CLICK HERE

## Stainless Steel Curved Burner (Right) - Centro



Quantity in Basket: *None*
Code: **1R191**
Price: **$46.70**
Shipping Weight: **0.90** pounds
**IN STOCK NOW** - *Ships Out In 1-2 Business Days*
Or *RUSH* it for **Same-Day Shipping** (Select at Checkout)

Quantity: 1   Add To Basket

FITS **CENTRO**

HIGH GRADE STAINLESS STEEL WILL OUTLAST ORIGINAL AND OTHER MANUFACTURERS' BURNERS

Home | Contact | Returns/Warranty | Shipping Information | Our Quality

**EXHIBIT 2**
**39**



https://grillpartssearch.com/product/182R1.html



- Search by Manufacturers / Model #
- Grill Gadgets & Extras
- Briquette / Lava Rock Grates
- Briquettes, Lava Rock & Ceramics
- Burners
- Carryover Tubes & Burner Brackets
- Cooking Grids
- Covers
- Gas Light Parts
- Grease Trays and Drip Pans
- Handles
- Heat Dispersal
- Heat Plates
- Ignitors
- Knobs
- Posts
- Premium Gas BBQ Grills
- Regulators / Hoses / Fittings
- Rotisseries & Components
- Temperature Gauges
- Valves
- Venturis
- Warming Racks
- Wheels



## Stainless Steel "P" Burner (Right) - Uniflame



Quantity in Basket: *None*
Code: **182R1**
Price: **$34.00**
Shipping Weight: **0.80** pounds
**IN STOCK NOW** - *Ships Out In 1-2 Business Days*
Or **RUSH** it for **Same-Day Shipping** (Select at Checkout)

Quantity: [ 1 ]   Add To Basket

FITS **UNIFLAME**

HIGH GRADE STAINLESS STEEL WILL OUTLAST ORIGINAL AND OTHER MANUFACTURERS' BURNERS

Home | Contact | Returns/Warranty | Shipping Information | Our Quality

**EXHIBIT 2**
**40**



http://grillpartssearch.com/product/16421.html   Go   APR   **MAY**   JUN

1 capture
11 May 2015

2014   **2015**   2016

About this capture

Home | Our Quality | F. A. Q. | Returns | >>> *R U S H Processing* >>>

Search | Sign In

**WE NOW CARRY**
PREMIUM GAS BBQ GRILLS
● CLICK HERE

Search by Manufacturers / Model #

Grill Gadgets & Extras

Briquette / Lava Rock Grates

Briquettes, Lava Rock & Ceramics

Burners

Carryover Tubes & Burner Brackets

Cooking Grids

Covers

Gas Light Parts

Grease Trays and Drip Pans

Handles

Heat Dispersal

Heat Plates

Ignitors

Knobs

Posts

Premium Gas BBQ Grills

Regulators / Hoses / Fittings

Rotisseries & Components

Temperature Gauges

Valves

Venturis

Warming Racks

Wheels



## Stainless Steel Burner - Uberhaus



**Quantity in Basket:** *None*
**Code:** **16421**
**Price:** **$34.97**
**Shipping Weight:** **0.60** pounds
*Ships out in 7-10 Business Days*

Quantity: [1]   Add To Basket

FITS **UBERHAUS**

Home | Contact | Returns/Warranty | Shipping Information | Our Quality

**EXHIBIT 2**
**41**

# EXHIBIT 3

EXHIBIT 3
42

**From:**          Sales <sales@mathewsoutdoorproducts.com>
**Sent:**          Tuesday, September 17, 2019 1:38 PM
**To:**            Mark B. Mizrahi
**Cc:**            tmathews@mathewsoutdoorproducts.com; Lance M. Pritikin
**Subject:**       Re: Alleged Infringement of United States Design Patent No. D851,763 S


That is absolute infringement! Have seen our design patent? If you manufacture and sell this product we will see you in court!

Thanks,
Dave Mathews CEO
Mathews Outdoor Products
985-312-1644
mathewsoutdoorproducts.com

On Sep 17, 2019, at 2:47 PM, Mark B. Mizrahi <Mark.Mizrahi@ffslaw.com> wrote:

> Dear Mr. Matthews,
>
> Please see my enclosed letter concerning the above matter.
>
> Very truly yours,
>
> **Mark B. Mizrahi** | *Attorney At Law*
> <image001.gif>
>
> 1888 Century Park East | Suite 1500 | Los Angeles | CA 90067
> **Tel:** 310.255.6129 | **Fax:** 310.255.6229
> website | bio | map | email | <image002.gif>
>
> <image003.jpg>
>
> This email and any files transmitted with it are the property of Freeman, Freeman & Smiley, LLP and contains information that is confidential and/or protected from disclosure under the attorney-client privilege, joint defense privilege, the attorney work product doctrine or other applicable law. It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, use or retention of this email is prohibited. If you received this email in error, please notify the sender immediately and delete all copies from your computer system. You should check this email and any attachments for the presence of computer viruses. Email transmission cannot be guaranteed to be secure or error-free. Freeman, Freeman & Smiley, LLP accepts no liability for any damage caused by any virus transmitted by this email, or for any errors or omissions in the contents of this email which arise as a result of email transmission.
>
> <Tyson David Mathews 09-17-19 re non-infringement of USD851763.pdf>

**EXHIBIT 3**
**43**

# EXHIBIT 4

EXHIBIT 4
44

J. KENNEY, Sr.
FIRE KINDLER.

No. 109,324.                    Patented Nov. 15, 1870.



Witnesses.                                Inventor. J. Kenney Sr.
Phil T. Dodge                             By Dodge Munn
W.J. Reddings                             his attys.

THE NORRIS PETERS CO., PHOTO-LITHO, WASHINGTON, D. C.

**EXHIBIT 4**

45

# United States Patent Office.

## JEREMIAH KENNEY, SR., OF BALTIMORE, MARYLAND.

Letters Patent No. 109,324, dated November 15, 1870.

### IMPROVEMENT IN FIRE-KINDLERS.

The Schedule referred to in these Letters Patent and making part of the same.

*To all whom it may concern:*

Be it known that I, JEREMIAH KENNEY, SR., of Baltimore, in the county of Baltimore and State of Maryland, have invented certain new and useful Improvements in Fire-Kindling Devices; and I do hereby declare that the following is a full, clear, and exact description thereof, reference being had to the accompanying drawing making part of this specification, and to the letters of reference marked thereon, like letters indicating like parts wherever they occur.

To enable others skilled in the art to construct and use my invention, I will proceed to describe it.

My invention relates to a device for kindling or lighting wood or coal-fires; and

It consists in a series of gas-burners arranged on a frame convenient for handling, and having connected with them a flexible tube; the manner of using the device being to connect the flexible tube with the gas-pipe or burner in the room, and then, after lighting the series of jets, to introduce the frame under the grate, when the gas-flame, ascending through, among the coal or wood, quickly ignites the same.

In the drawing my device is shown in perspective under an open coal-grate.

A is a light metal frame, having arranged in it the pipe c, which latter has screwed into it the row of burners a.

b is a pipe or tube, connecting with the pipe c, and extending out beyond the frame A, and forming a handle by which to hold the same.

B is the flexible tube, attached at one end to the pipe b, and provided at its opposite end with a thimble, d, by which to connect it with the burner of the gas-pipe D.

The gas passes from D down through pipes B b c,

and out immediately under the grate, where it is ignited.

The frame A may be made of any desired size and shape to adapt it for various grates, stoves, &c., and it may be provided with any suitable style and number of burners.

By the use of this device the use of kindling of all kinds is dispensed with, and a fire kindled quicker, cheaper, and with less trouble than heretofore.

It is only necessary for the kindler to remain under the grate for a very few minutes, after which it is removed, the gas shut off, the tube disconnected and coiled up, and the device laid aside until again required for use.

This apparatus can be used in stoves of all kinds, in furnaces, and under open grates.

Handles of any suitable kind may be attached to the kindler for introducing it into the ash-pits, &c., and, when necessary, legs may be applied to the frame A, to support it near the grate.

I am aware that it has been proposed to kindle fires by connecting a jointed or flexible tube with the gas-pipes of the building, and conducting gas into hollow grate-bars, &c.; and also that a portable device, using hydrocarbon-oils for a similar purpose, has been suggested, and that a patent for such an apparatus was granted to H. Van Ausdall, July 30, 1867; and, therefore, I do not claim either of these; but

What I claim is—

A portable gas fire-kindler, constructed and arranged to be used as herein described.

JEREMIAH KENNEY, SR.

Witnesses:
O. B. McGOLGAN,
H. B. MUNN.

**EXHIBIT 4**
**46**

April 28, 1931.

B. K. BOYD ET AL

1,802,626

FIRE LIGHTER

Filed Nov. 21, 1929



*Fig.1.*

*Fig.2.*

*Fig 3.*

Bertron K. Boyd INVENTORS

Henry Kirsch

BY

ATTORNEYS

**EXHIBIT 4**

**47**

Patented Apr. 28, 1931

1,802,626

# UNITED STATES PATENT OFFICE

BERTRON K. BOYD AND HENRY KIRSCH, OF DETROIT, MICHIGAN

FIRE LIGHTER

Application filed November 21, 1929.  Serial No. 408,895.

This invention relates to a device for use in lighting fires, and more particularly to a device which is especially adapted for domestic use in lighting fires in stoves, furnaces and the like.

An object of the invention is to provide a device which is very simple in construction and cheap to manufacture, and the construction of which is such as to preclude the possibility of clogging the jet openings in use and to insure air supply for maintaining the jets, the supply being such as to enhance the velocity of each jet.  It is also an object to so construct the device as to ensure an efficient mixture of air and gas, and to provide a device which may be inserted through a small opening and directly into the combustible fuel in the furnace.

With the above and other ends in view, the invention consists in the matters hereinafter set forth and more particularly pointed out in the appended claims, reference being had to the accompanying drawing, in which—

Figure 1 is a transverse vertical section through a house furnace, illustrating the manner in which the device embodying the present invention, may be used;

Fig. 2 is a side elevation of the device illustrative of an embodiment of the present invention; and

Fig. 3 is a transverse section substantially upon the line 3—3 of Figure 2.

As shown in Figure 2 of the accompanying drawing, the device embodying the present invention consists of a conductor pipe 1 of any desired length, which is provided with a reduced end 3 for the attachment thereto of a hose 4 for conducting gas or other suitable ignitible fluid, into one end of the pipe, said end adjacent the end portion or nipple 3, being provided with a handle 5 to be grasped by the hand of the operator in manipulating the device.  Upon the end of the pipe 1 opposite that provided with the handle 5, is a burner head which is indicated as a whole by the numeral 6.  This burner head comprises a metal tube which is bent intermediate its ends as at 7 with the two legs or tubes 8 extending in

parallelism with a narrow space or opening 9 between the adjacent sides of the tubes.  The open ends of these tubes are soldered or otherwise secured within a suitable coupling 10 which is hollow to provide a passage for the gas into the open ends of the tubes 8, said coupling being internally screw threaded to engage the screw threaded end of the pipe 1 which opens directly into the hollow coupling.  Jet openings 11 and 12 are provided along the tubes 8, the openings in one tube being in staggered relation to those in the other tube and all of the openings being formed in each tube at an angle to the transverse plane of the axis of the tubes, the openings 11 in one tube being at such an angle that the gas escaping therethrough will be projected across and laterally away from the other tube, and the openings 12 are at such an angle that they will project gas across the tube having the openings 11 and between the jets issuing from said openings.

With this construction, the jets issuing from the openings in one tube will be projected angularly across the air space 9 between the tubes and in a like manner the jets issuing from the other tube will be projected angularly across this air space in an opposite direction.  This crossing of the flame jets across the space between the tubes causes a thorough admixture of the gases issuing from the jet openings and the air drawn through the space between the tubes, thus providing an efficient combustion.

If the head 6 is formed from a single tube bent upon itself, a device which is very cheap to manufacture is secured, and this construction also provides a long narrow head which is entirely devoid of sharp angles so that in use, the device may be inserted through the usual opening 13 in the front wall of the furnace 14 directly above the grates 15 and into the bed of fuel supported upon these grates.  Before such insertion, the gas will be turned on and lighted as it issues from the jet openings and then the device will be inserted into the fuel with the jet openings at the upper side of the head so that the cross flames will be pro-

EXHIBIT 4
48

**2**                                       1,802,626

jected upwardly into direct contact with the fuel. As the device is inserted in the fuel bed, preferably adjacent the supporting grate, air will be drawn from beneath the

5  grate upwardly through the elongated opening 9 between the tubes, by the issuing of the gas through the jet openings across this air slot. This air flow through the slot 9 created by the projected flame jets, will

10 clean this slot and as the parallel tubes 8 are circular in cross section, clogging of the jet openings when the device is inserted in the fuel bed, is effectually prevented. Insertion of the head into the fuel bed is fa-

15 cilitated by the pointed shape of the forward end of the head, this pointed formation being the result of bending the tube abruptly and upon itself, thus partially collapsing the tube transversely of the bend

20 and thus forming a pointed end. An end is thus formed for the head connecting the parallel legs and to facilitate the insertion in the fuel bed, without expense other than bending the tube.

25 Obviously changes may be made in the construction and arrangement of parts, within the scope of the appended claims, without departing from the spirit of the invention, and we do not therefore wish to

30 limit ourselves to the particular construction shown.

Having thus fully described our invention, what we claim is:—

35 1. A device of the character described including a continuous tube folded upon itself to provide a pointed end and formed with jet openings, and means for supplying a combustible fluid to said tube.

2. A device of the character described in-

40 cluding a tube bent abruptly upon itself intermediate its ends to provide a pointed end, with the end portions of the tube extended in parallel, closely spaced-apart relation and provided with a series of jet openings, and

45 means for supplying a combustible fluid to said tube.

3. A device for the purpose set forth and including a head formed by a single tube folded upon itself to partly collapse the tube

50 at said bend and form a pointed end for the head, the end portions of said tube being extended in parallel relation with a narrow space therebetween and provided with a series of jet openings, a hollow coupling con-

55 necting the ends of said tube, and means for supplying a combustible fluid to said coupling and head.

4. A device for the purpose described including a head formed from a single tube

60 bent upon itself intermediate its ends, said bend forming a pointed end for the head, the end portions of said tube being extended in parallel spaced apart relation and formed with jet openings, the openings in one tube

65 portion being in staggered relation to those

in the other portion and said openings in each tube portion being positioned to project jets across said space and over the other tube, a hollow coupling connecting the open

70 ends of said tube, and a tube secured to said coupling to conduct combustible fluid to the head.

In testimony whereof we affix our signatures.

BERTRON K. BOYD.              75
HENRY KIRSCH.

**EXHIBIT 4**
**49**

# United States Patent

[11] **3,589,312**

[72] Inventor    Milton V. Cooper
         5540 N. W. 23 Apt. 144, Oklahoma City,
         Okla. 73127
[21] Appl. No.   847,236
[22] Filed      Aug. 4, 1969
[45] Patented   June 29, 1971

[54] **PORTABLE APPARATUS FOR IGNITING CHARCOAL AND THE LIKE**
3 Claims, 4 Drawing Figs.

[52] U.S. Cl. ................................................. 110/1 F,
                                                  126/25 B
[51] Int. Cl. ................................................ F23b 3/00
[50] Field of Search ...................................... 110/1;
                                                 126/25

[56] **References Cited**
UNITED STATES PATENTS
3,339,505   9/1967   Bean ........................... 110/1

3,410,261   11/1968   Cooper et al. ................ 126/25
                FOREIGN PATENTS
82,351   1/1935   Sweden ........................ 126/25
Primary Examiner—Edward G. Favors
Attorney—Dunlap, Laney, Hessin and Dougherty

ABSTRACT: The present invention relates to portable apparatus for igniting charcoal and the like comprising an elongated rigid conduit having a forward end for discharging ignition fuel therefrom and a rearward end. A source of ignition fuel is connected to the rearward end. A dish-shaped member is attached to the forward end of the conduit positioned so that ignition fuel discharged from the conduit is directed downwardly toward a point near the periphery of the concave surface thereof. The dish-shaped member serves to deflect heat and flames from the combustion of the ignition fuel upwardly and outwardly, and may be used to shift charcoal and the like from one position to another before, during and after the ignition thereof.



**EXHIBIT 4**
**50**

PATENTED JUN 29 1971                    3,589,312



INVENTOR
MILTON V. COOPER

BY
*Dunlap, Janney, Hessine & Daugherty*
ATTORNEYS

EXHIBIT 4
51

3,589,312

1

## PORTABLE APPARATUS FOR IGNITING CHARCOAL AND THE LIKE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to portable apparatus for igniting charcoal and the like, and more particularly, but not by way of limitation, to portable apparatus for igniting charcoal and the like with flammable gas stored in a canister under pressure.

2. Description of the Prior Art

The most commonly used method of igniting charcoal used in conventional barbecue grilling apparatus of the portable variety involves pouring a flammable liquid over the charcoal and igniting the liquid with a match or other means. This procedure is both dangerous and inconvenient in that it is normally necessary to repeatedly add additional quantities of the flammable liquid to the charcoal in order to achieve the complete ignition thereof. When such flammable liquid is poured over partially ignited charcoal it is vaporized by the heat present in the charcoal often causing flash fires or minor explosions which endanger the operator of the apparatus.

In order to overcome this problem, various types of portable apparatus have been developed for igniting charcoal in conventional barbecue grill apparatus. The most popular of these devices employ electrical energy for generating the ignition heat, and are not truly portable in that they must be plugged into an electrical outlet. This is often inconvenient in that barbecue grilling apparatus of the portable variety are normally used in the open and electrical outlets are not always available near by. Additionally, complete ignition of charcoal and the like using such electrical devices often requires a relatively long time to achieve.

Apparatus has been developed for igniting charcoal and the like with a continuous source of fuel gas, but these devices must be installed on the grilling apparatus or in a fire place, and are not portable. By the present invention portable apparatus for igniting charcoal and the like with a continuous source of fuel gas is provided which is self-contained, easily moved from place to place, and which provides maximum safety to the operator thereof.

### SUMMARY OF THE INVENTION

The present invention relates to portable apparatus for igniting charcoal and the like which comprises an elongated rigid conduit having a forward end for discharging ignition fuel therefrom and a rearward end, a source of ignition fuel connected to the rearward end of said conduit, and a dish-shaped member attached to the forward end of said conduit having the concave surface thereof positioned adjacent to the forward end of said conduit.

It is, therefore, a general object of the present invention to provide portable apparatus for igniting charcoal and the like.

A further object of the present invention is the provision of portable apparatus for igniting charcoal and the like with a continuous source of ignition fuel gas which is self-contained and easily moved from place to place.

Yet a further object of the present invention is the provision of a portable apparatus for igniting charcoal which may be conveniently used for shifting the charcoal before, during and after it is ignited.

Still a further object of the present invention is the provision of a portable device for igniting charcoal and the like with a continuous source of ignition fuel which is relatively simple to operate and which provides maximum safety to the operator thereof.

Other objects and advantages of the invention will be evident from the following detailed description when read in conjunction with the accompanying drawings which illustrate the invention.

2

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side view of the overall apparatus of the present invention being used to ignite charcoal in an exemplary conventional barbecue grilling apparatus shown in section;

FIG. 2 is an enlarged side view of a portion of the apparatus of the present invention shown in FIG. 1;

FIG. 3 is a top view of a portion of the apparatus shown in FIG. 2; and

FIG. 4 is a view taken along line 4–4 of FIG. 3.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the drawings, and particularly to FIG. 1, the apparatus of the present invention is generally designated by the numeral 10. The apparatus 10 basically comprises an ignition fuel burner and charcoal handling device 12 connected to a section of heat-resistant and nonheat conductive flexible hose 14 by a conventional connector 16. The flexible hose 14 is in turn connected to an ignition fuel source 18. The flexible hose 14 may be formed from woven asbestos, and may include additional reinforcing and plasticizing materials to insure its heat resistance and gas sealing qualities.

The fuel source 18 consists of a bottle or canister 20 containing a compressed or liquefied gas within the interior thereof. The gas is preferably propane or other of the well-known flammable gases which are suitable for safe economical disposition under pressure.

A conventional valve 22 for manually controlling the flow of gas from the canister 20, and for reducing the pressure of the gas as it passes therethrough is attached to the canister 20 in a conventional manner. The flexible hose 14 is threadedly connected to the valve 22 by a threaded male fitting 23 which is bonded to the hose 14.

Referring particularly to FIGS. 2 through 4, the ignition fuel burner and handling device 12 is illustrated in detail. The device 12 basically comprises an elongated rigid conduit 24 having a forward end 26 and a rearward end 28. The conduit 24 is preferably formed of corrosion and fire resistant metal, such as a length of stainless steel tubing. The conventional connector 16 comprises a threaded female fitting 30 which is brazed or otherwise joined to the rearward end 28 of the conduit 24. A threaded male fitting 32 which is bonded to the flexible hose 14 is threadedly joined to the female fitting 30. A handle 34, formed of a heat insulating material such as wood, is attached to the conduit 24 near the rearward end 28 thereof.

A dish-shaped member 36, preferably formed of a metallic material which is fire and corrosion resistant, such as stainless steel, is attached to the forward end 26 of the conduit 24 in a convenient manner such as by brazing. The dish-shaped member 36 is positioned with the concave surface 38 thereof adjacent to the forward end 26 of the conduit 24. As shown best in FIG. 2, the forward end 26 of conduit 24 is bent at an angle complimenting the concave surface 38 of the dish-shaped member 36, and extends within the dish-shaped member 36 a short distance terminating at a point near the periphery thereof. Additionally, as best shown in FIG. 4, the forward end 26 of conduit 24 may be flattened so that the fuel discharge opening 40 therein is formed in the shape of an ellipse with the longest axis thereof lying in a plane parallel to a plane intersected by the peripheral edges of the dish-shaped member 36.

### OPERATION

As illustrated in FIG. 1, the portable apparatus 10 may be used to ignite a quantity of charcoal 42 disposed in a conventional grilling apparatus 44. As will be understood, the grilling apparatus 44 is exemplary of any of a variety of commercially available grilling apparatus, and consists of a brasier portion 46 supported by a plurality of legs 48. In igniting the quantity of charcoal 42 using the portable apparatus 10, the ignition gas canister 20 is placed on the floor near the grilling ap-

**EXHIBIT 4**

**52**

3,589,312

3

paratus 44. Since the flexible hose 14 is heat resistant and non-heat conductive, the canister is insulated from heat generated by the combustion of the ignition fuel and charcoal in the grilling apparatus 44. The fuel burner and charcoal handling device 12 may be grasped by the handle 34 and used by the operator in a manner similar to the use of a spoon to place the charcoal in a pile. Fuel is then caused to pass through the flexible hose 14 and device 12 by manually opening the valve 22 attached to the canister 20. The fuel passing through the device 12 is discharged from the opening 40 in the forward end 26 of conduit 24, and may be ignited in a conventional manner such as by a match or other means. In igniting the ignition fuel, the valve 22 may be adjusted so that only a small volume of fuel is discharged from the device 12. The ignition fuel may then be ignited with a maximum of safety. After the ignition fuel has been ignited, the dish-shaped member 36 of the device 12 may be inserted under a portion of the pile of charcoal 42 and the volume of ignition fuel increased by opening the valve 22 further. The heat and flames from the combustion of the ignition fuel pass upwardly through the charcoal 42 causing it to become ignited. After ignition of the charcoal, the device 12 may be grasped by the handle 34 and again used in a manner similar to a spoon to shift or spread the ignited charcoal 42 uniformly within the brasier portion 46 of the grilling apparatus 44. As will be understood by those skilled in the art, the heat insulating handle 34 prevents heat conducted by the conduit 24 from reaching the hand of the operator.

As described above the forward end 26 of the conduit 24, is bent at an angle complimenting the concave surface of the dish-shaped member 36. This causes the ignition fuel discharged from the conduit 24 to be directed downwardly or tangentially towards a point near the periphery of the concave surface 38 of the dish-shaped member 36. The concave surface 38 in turn causes the fuel to be directed upwardly and outwardly in a direction away from the conduit 24. Also, as described above, the forward end 26 of the conduit 24 is flattened so that the opening 40 therein is formed in the shape of an ellipse. The elliptical shape of the opening 40 causes the fuel passing therethrough to be spread laterally over the concave surface 38 of the dish-shaped member 36. Thus, after the ignition fuel passing from conduit 24 is ignited and the volume thereof increased, the flames and heat resulting therefrom are spread out and directed upwardly and outwardly from the dish-shaped member 36. As a result, the dish-shaped member 36 may be placed under a portion of the pile of charcoal 42 and the heat and flames from the combustion of the ignition fuel will be continuously distributed outwardly and upwardly through the pile of charcoal 42 thereby causing it to be

4

uniformly ignited.

The portable ignition apparatus 10 of the present invention may be used for carrying out a variety of operations in addition to the ignition of charcoal. For example, the apparatus 10 may be used for igniting firewood placed in a fireplace by simply placing the dish-shaped member 36 of the device 12 under the firewood to be ignited. The flames and heat from the combustion of the ignition fuel will be directed upwardly and outwardly towards the firewood thereby causing it to be ignited. Many other operations may be carried out using the portable apparatus of the present invention which are too numerous to list herein, but which will suggest themselves to those using the apparatus.

Thus, the present invention is well adapted to carry out the objects and attain the ends and advantages mentioned as well as those inherent therein. While presently preferred embodiments of the invention are given for the purpose of disclosure, numerous changes in the details of construction and arrangement of parts can be made which will readily suggest themselves to those skilled in the art and which are encompassed within the spirit of the invention disclosed herein.

What I claim is:

1. Portable apparatus for igniting charcoal and the like, which comprises:

an elongated rigid conduit having a forward end for discharging ignition fuel therefrom and a rearward end;

a source of ignition fuel connected to the rearward end of said conduit, comprising:

a canister containing flammable gas under pressure;

a valve attached to said canister for controlling the flow of gas therefrom; and

a selected length of flexible tubing connected between said valve and the rearward end of said conduit; and

a dish-shaped member attached to the forward end of said conduit having the concave surface thereof positioned adjacent to the forward end of said conduit, wherein said dish-shaped member is positioned so that ignition fuel discharged from the forward end of the conduit is directed tangentially towards a point near the periphery of the concave surface thereof.

2. The apparatus of claim 1 wherein the forward end of said conduit is formed in a shape such that the discharge opening therein causes the ignition fuel discharged therefrom to be spread laterally over the concave surface of said dish-shaped member.

3. The apparatus of claim 2 which is further characterized to include a handle formed of heat insulating material attached to said conduit near the rearward end thereof.

**EXHIBIT 4**

**53**



**EXHIBIT 4**
**54**

https://www.grillparts.com/weber/categorylist.asp?product_id=69956   Go

NOV **APR** MAY
◀ **03** ▶
2014 **2015** 2016

18 captures
6 Aug 2014 - 30 Jan 2018

▼ About this capture

 **grillparts.com**   Weber Gas Grill Parts Listing by Category

**Weber Gas Grill Model Help**   |   **Weber Gas Grill Model List**

View Shopping Cart

### Weber Q200, Q220 Burner Tube

Stainless steel burner tube.
Fits Weber Q200 and Q220.
Burner length is 20-1/2".

Price: $24.99
Part# 69956

Add To Cart

**In Stock**

Page instructions: Click on any part description for photo, additional part detail and ordering.

### Weber Burner Assemblies

- #30501016 - **Weber Ducane Affinity 3100/3200/3400 Burner Tube Set**
  Set of three Ducane Affinity Series tube burners. Original equipment stainless steel. Burner length is 18". (Measurement includes the forked end which inserts into the slots at the rear of the grill.)

- #30501017 - **Weber Ducane Affinity 4100/4200/4400 Burner Tube Set**
  Set of four Ducane Affinity Series tube burners. Original equipment stainless steel. Burner length is 18". (Measurement includes the forked end which inserts into the slots at the rear of the grill.)

- #30501023 - **Weber Ducane Affinity 4400 Rotisserie Burner**
  Rotisserie burner. Fits Ducane Affinity 4400 model. Stainless steel "T" burner. The curved gas tube leading to the 17" straight burner is centered on this burner and reaches forward 18".

- #30501024 - **Weber Ducane Affinity 3400 Rotisserie Burner**
  Rotisserie burner. Fits Ducane Affinity 3400 model. Stainless steel "T" burner. The curved gas tube leading to the 17" straight burner is offset to the right on this burner and reaches forward 18".

- #30501047 - **Weber Ducane Affinity 3-Burner Collector Box And Electrode Set**
  3-burner collector box and electrode set. Kit includes three igniter collector boxes with ceramic electrodes and molded in wires. For Ducane Affinity grills. Two with 22" wires and one with a 35-3/4" wire. All wires have flat spade connectors.

- #40428 - **Weber Summit 400 Series Burner Set**
  Stainless steel burner tube set, includes 2 right, 2 left and 2 crossover burner tubes. Main burners are 21-1/8" long tip to tip and crossover burner is 6-3/4" long. Genuine Weber parts.

- #41773 - **Weber Smoker Burner For Summit Silver, Gold and Platinum**
  Smoker burner for Summit Silver, Gold and Platinum C/D series grills. Stainless steel with spider screen. 20-1/2" long. (This burner cannot be substituted for other main burners as it has no hole for

**EXHIBIT 4**
**55**



**EXHIBIT 4**
**56**



**EXHIBIT 4**
**57**



**EXHIBIT 4**
**58**



http://grillpartssearch.com/product/1R191.html    Go

1 capture
11 May 2015

APR **MAY** JUN
2014 **2015** 2016

1-877-244-0737

SECURE CHECKOUT

Home | Our Quality | F. A. Q. | Returns | >>> R U S H Processing >>>

Search    Sign In



**WE NOW CARRY**
PREMIUM GAS BBQ GRILLS
● CLICK HERE

Search by Manufacturers / Model #

Grill Gadgets & Extras

Briquette / Lava Rock Grates

Briquettes, Lava Rock & Ceramics

Burners

Carryover Tubes & Burner Brackets

Cooking Grids

Covers

Gas Light Parts

Grease Trays and Drip Pans

Handles

Heat Dispersal

Heat Plates

Ignitors

Knobs

Posts

Premium Gas BBQ Grills

Regulators / Hoses / Fittings

Rotisseries & Components

Temperature Gauges

Valves

Venturis

Warming Racks

Wheels



**GRILL PARTS PROSE**
ANSWERS, TIPS & TRICKS
● CLICK HERE

## Stainless Steel Curved Burner (Right) - Centro



Quantity in Basket: *None*

Code: **1R191**

Price: **$46.70**

Shipping Weight: **0.90** pounds

**IN STOCK NOW** - *Ships Out In 1-2 Business Days*

Or **RUSH** it for **Same-Day Shipping** (Select at Checkout)

Quantity: 1    Add To Basket

FITS **CENTRO**

HIGH GRADE STAINLESS STEEL WILL OUTLAST ORIGINAL AND OTHER MANUFACTURERS' BURNERS

Home | Contact | Returns/Warranty | Shipping Information | Our Quality



**EXHIBIT 4**
**59**



https://grillpartssearch.com/product/182R1.html   Go   APR  MAY  MAR
2 captures                                                          ◄ 11 ►
11 May 2015 - 11 Mar 2017                                        2014  2015  2017
About this capture

Home | Our Quality | F. A. Q. | Returns | >>> R U S H Processing >>>          Search | Sign In



- Search by Manufacturers / Model #
- Grill Gadgets & Extras
- Briquette / Lava Rock Grates
- Briquettes, Lava Rock & Ceramics
- Burners
- Carryover Tubes & Burner Brackets
- Cooking Grids
- Covers
- Gas Light Parts
- Grease Trays and Drip Pans
- Handles
- Heat Dispersal
- Heat Plates
- Ignitors
- Knobs
- Posts
- Premium Gas BBQ Grills
- Regulators / Hoses / Fittings
- Rotisseries & Components
- Temperature Gauges
- Valves
- Venturis
- Warming Racks
- Wheels



## Stainless Steel "P" Burner (Right) - Uniflame



Quantity in Basket: *None*
Code: **182R1**
Price: **$34.00**
Shipping Weight: **0.80** pounds
**IN STOCK NOW** - *Ships Out In 1-2 Business Days*
Or *RUSH* it for **Same-Day Shipping** (Select at Checkout)

Quantity: [ 1 ]   Add To Basket

FITS **UNIFLAME**

HIGH GRADE STAINLESS STEEL WILL OUTLAST ORIGINAL AND OTHER MANUFACTURERS' BURNERS

Home | Contact | Returns/Warranty | Shipping Information | Our Quality



**EXHIBIT 4**
**60**



http://grillpartssearch.com/product/16421.html   Go

1 capture
11 May 2015
APR **MAY** JUN
2014 **2015** 2016
**11**
◀ ▶
About this capture

Home | Our Quality | F. A. Q. | Returns | >>> *R U S H Processing* >>>    Search  Sign In


**WE NOW CARRY**
PREMIUM GAS BBQ GRILLS
● CLICK HERE

Search by Manufacturers / Model #

Grill Gadgets & Extras

Briquette / Lava Rock Grates

Briquettes, Lava Rock & Ceramics

Burners

Carryover Tubes & Burner Brackets

Cooking Grids

Covers

Gas Light Parts

Grease Trays and Drip Pans

Handles

Heat Dispersal

Heat Plates

Ignitors

Knobs

Posts

Premium Gas BBQ Grills

Regulators / Hoses / Fittings

Rotisseries & Components

Temperature Gauges

Valves

Venturis

Warming Racks

Wheels


**GRILL PARTS PROSE**
ANSWERS, TIPS & TRICKS
● CLICK HERE

## Stainless Steel Burner - Uberhaus



Quantity in Basket: *None*

Code: **16421**

Price: **$34.97**

Shipping Weight: **0.60** pounds

*Ships out in 7-10 Business Days*

Quantity: [1]   Add To Basket

FITS **UBERHAUS**

Home | Contact | Returns/Warranty | Shipping Information | Our Quality



**EXHIBIT 4**
**61**