MARK A. GOLDSTEIN (BAR NO. 179384)
mgoldstein@socalip.com
SOCAL IP LAW GROUP LLP
310 North Westlake Boulevard, Suite 120
Westlake Village, CA 91362
Telephone: (805) 230-1350 ext. 240
Facsimile: (805) 230-1355

TAYLOR M. NORTON
THOMAS E. LEMLER
NORTON IP LAW FIRM LLC
345 Metairie Road
Metairie, LA 70005
Telephone: (504) 291-2111
Facsimile: (504) 533-0093

Attorney for Defendant
MATHEWS OUTDOOR PRODUCTS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSN IMPORTS, INC., a Nevada corporation dba Flame King,<br><br>Plaintiff,<br><br>v.<br><br>MATHEWS OUTDOOR PROD-UCTS, LLC, a Louisiana limited liability company,<br><br>Defendant. | **CASE NO.: 2:19-cv-08073-PSG-KS**<br>**Corrected NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) OR, ALTERNATIVELY, MOTION TO TRANSFER**<br>**Corrected** Date: February 3, 2020<br>Time: 1:30 p.m.<br>Judge Gutierrez |

Please take notice that on February 3, 2020, at 1:30 p.m. in the courtroom of the Honorable Philip S. Gutierrez, 50 West 1st Street, Courtroom 6A, 6th Floor, Los

Angeles, California 90012-4565, Defendant Mathews Outdoor Products LLC. ("Mathews Outdoor Products") will move under Fed. R. Civ. P. 12(b)(2) to dismiss the Complaint of Plaintiff YSN Imports, Inc. ("Plaintiff") for lack of personal jurisdiction over Mathews Outdoor Products. Alternatively, Mathews Outdoor Products moves to transfer this case to the U.S. District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. 1400(b).  In further support of this motion, Mathews Outdoor Products relies on the brief filed concurrently herewith.

WHEREFORE, Mathews Outdoor Products respectfully requests that this Court grant its motion and dismiss Plaintiff's Complaint for lack of personal jurisdiction or, in the alternative, transfer this case to the U.S. District Court for the Eastern District of Louisiana.

December 11, 2019

/ s / Mark A. Goldstein
Mark A. Goldstein
SoCal IP Law Group LLP
310 North Westlake Boulevard, Suite 120
Westlake Village, CA 91362
Telephone:  (805) 230-1350 ext. 240
Facsimile:  (805) 230-1355
Attorneys for Defendant MATHEWS OUTDOOR PRODUCTS LLC

/ s / Taylor M. Norton
TAYLOR M. NORTON
THOMAS E. LEMLER
NORTON IP LAW FIRM LLC
345 Metairie Road
Metairie, LA 70005
Telephone:  (504) 291-2111
Facsimile:  (504) 533-0093
Attorneys for Defendant MATHEWS OUTDOOR PRODUCTS LLC