MARK A. GOLDSTEIN (BAR NO. 179384)
mgoldstein@socalip.com
SOCAL IP LAW GROUP LLP
310 North Westlake Boulevard, Suite 120
Westlake Village, CA 91362
Telephone: (805) 230-1350 ext. 240
Facsimile: (805) 230-1355

TAYLOR M. NORTON
THOMAS E. LEMLER
NORTON IP LAW FIRM LLC
345 Metairie Road
Metairie, LA 70005
Telephone: (504) 291-2111
Facsimile: (504) 533-0093

Attorney for Defendant
MATHEWS OUTDOOR PRODUCTS LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSN IMPORTS, INC., a Nevada corporation dba Flame King, <br><br>Plaintiff, <br><br>v. <br><br>MATHEWS OUTDOOR PRODUCTS, LLC, a Louisiana limited liability company, <br><br>Defendant. | **CASE NO.: 2:19-cv-08073-PSG-KS** <br><br>**DEFENDANT MATHEWS OUTDOOR PRODUCTS, LLC'S NOTICE OF ERRATA RE DKT. 19, NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) OR, ALTERNATIVELY, MOTION TO TRANSFER** <br><br>**Corrected** Date: February 10, 2020 <br>Time: 1:30 p.m. <br>Judge Gutierrez |

Defendant Mathews Outdoor Products, LLC ("Mathews Outdoor") respectfully

submits this Notice of Errata to correct the hearing date on Docket 19. Mathews Outdoor's Notice of Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) or, Alternatively, Motion to Transfer erroneously listed a hearing date that has been closed by the Court. Mathews Outdoors now requests the Motion be heard on February 10, 2020.

December 11, 2019

/ s / *Mark A. Goldstein*
Mark A. Goldstein
SoCal IP Law Group LLP
310 North Westlake Boulevard, Suite 120
Westlake Village, CA 91362
Telephone:  (805) 230-1350 ext. 240
Facsimile:  (805) 230-1355
Attorneys for Defendant MATHEWS OUTDOOR PRODUCTS LLC

/ s / *Taylor M. Norton*
TAYLOR M. NORTON
THOMAS E. LEMLER
NORTON IP LAW FIRM LLC
345 Metairie Road
Metairie, LA 70005
Telephone:  (504) 291-2111
Facsimile:  (504) 533-0093
Attorneys for Defendant MATHEWS OUTDOOR PRODUCTS LLC