TODD M. LANDER (BAR NO. 173031)
todd.lander@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, 15th Floor
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Plaintiff
YSN IMPORTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSN IMPORTS, INC., a Nevada corporation dba Flame King, <br><br> Plaintiff, <br><br> v. <br><br> MATHEWS OUTDOOR PRODUCTS LLC, a Louisiana limited liability company, <br><br> Defendant. | CASE NO.: 2:19-cv-08073-PSG-KS <br><br> **DELCARATION OF DOV BLAUNER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MATHEWS OUTDOOR PRODUCTS LLC'S MOTION TO DISMISS** <br><br> Hearing Date: February 10, 2020 <br> Date Filed: September 18, 2019 <br> Trial Date: None |

4330181.1

DECLARATION OF DOV BLOUNER ISO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Dov Blauner, declare and state as follows:

1. I am over eighteen years of age and I have personal knowledge of the facts set forth herein. If called upon to testify I would do so to the same effect.

2. I am a VP of sales of plaintiff YSN Imports, Inc. ("YSN") and a resident of Los Angeles County, California. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

3. I have been Salesman of YSN since 2016. As YSN's VP of sales among other things, I attend tradeshows.

4. During the Hearth Patio & BBQ Show in Dallas, Texas, that I attended during March 14-16, 2019, two men (father and son) claiming to represent Defendant approached me at YSN's exhibitor's booth in loud and hostile manner alleging that the First YSN Firestarter violated Defendant's patent rights. To avoid a scene, I tried to calm them down by explaining to them my lack of authority at YSN and inviting them to send whatever patents they allege covers the First YSN Firestarter to YSN's offices.

5. While I was attending the next tradeshow of 2019, the National Hardware Show held in Las Vegas in May 2019, the same father and son duo visited the YSN exhibitor's booth numerous times and harassed me in a boisterous and intimidating manner, again alleging that the First YSN Firestarter infringed upon Defendant's patent rights. At first, the son came to YSN's booth, followed later by both father and son, and then later the father and son created a row at the booth while Mr. Newman, YSN's president, was being interviewed by an editor of Oprah Magazine. During each visit to the YSN booth, in addition to throwing out anti-Semitic slurs and harassing YSN personnel, they also harassed attendees and prospective buyers who visited YSN's booth. These incidents were extremely threatening, embarrassing and harmful to YSN and its personnel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15TH day of January,

1 | 2020, at Pico Rivera, California.

_____  DOV BLAUNER