TODD M. LANDER (BAR NO. 173031)
todd.lander@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, 15th Floor
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Plaintiff
YSN IMPORTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSN IMPORTS, INC., a Nevada corporation dba Flame King,<br><br>Plaintiff,<br><br>v.<br><br>MATHEWS OUTDOOR PRODUCTS LLC, a Louisiana limited liability company,<br><br>Defendant. | CASE NO.: 2:19-cv-08073-PSG-KS<br><br>**DELCARATION OF SAM NEWMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MATHEWS OUTDOOR PRODUCTS LLC'S MOTION TO DISMISS**<br><br>Hearing Date: February 10, 2020<br><br>Date Filed:    September 18, 2019<br><br>Trial Date:    None |

4330181.1

DECLARATION OF SAM NEWMAN ISO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Sam Newman, declare and state as follows:

1. I am over eighteen years of age and I have personal knowledge of the facts set forth herein. If called upon to testify I would do so to the same effect.

2. I am the president of plaintiff YSN Imports, Inc. ("YSN") and a resident of Los Angeles County, California. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

3. I have been an officer of YSN since its formation in 1998. As YSN's President, I am responsible for managing and overseeing the YSN's operations. My responsibilities also include product marketing and sales, including presentations to customers at tradeshows.

4. While YSN was incorporated in Nevada, its principal place of business is in Pico Rivera, California, not Carson City, Nevada. YSN has been in the pressure valve, propane tank, and/or grill business for over two decades.

5. In 2019, YSN began selling the first version of its Flameking fire starter (the "First YSN Firestarter"), a device that attaches to a propane tank and facilitates lighting grills, fire pits, fireplaces, campfires, and the like.

6. On or about February 18, 2019, YSN received an email from Tyson Mathews, Defendant's manager, claiming that the First YSN Firestarter infringed "on [Defendant's] product" "protected by the following [Sic]. US Design Patent Serial No. 29/589,212, US Utility Patent Serial No. 15/394,470, and US Provisional Patent Serial No. 62/277,962." A true and correct copy of Mr. Mathews' February 18, 2019 email is attached hereto as **Exhibit 1**.

7. Through our own research and exchanges with Mr. Tyson, we learned that, at the time of both tradeshows and its receipt of the February 18, 2019 email, while Defendant had pending United States patent applications for a fire starter apparatus, Defendant did not own any issued patents therefor.

8. At the National Hardware Show held in Las Vegas in May 2019, a father and son visited the YSN exhibitor's booth numerous times. At first, the son

came to YSN's booth, followed later by both father and son, and then later the father and son created a row at the booth while I was being interviewed by one of the editors of Oprah Magazine. Specifically, they repeatedly interrupted me during the interview and behaved in an obnoxious and bullying manner, including by loudly threatening to ruin YSN's reputation and to ensure that nobody in the industry would continue doing business with YSN and loudly asserting that YSN was dishonest and violated their patent. One of Defendant's representatives stated that "this may be the way business is conducted in Israel, but is not the way business is done in the United States." These incidents were extremely threatening, embarrassing and harmful to YSN and its personnel.

9. On June 18, 2019, Mr. Mathews wrote to YSN, this time claiming that:

> The patent was issued for the Cajun Dragon on 6/18/2019. Please cease all sales of your flame king "log lighter" immediately and remove all listings online (Amazon, etc.), contact any stores that have your product and cease all sales. This email serves as your notice of infringement.
>
> U.S. Patent No. D851,763
>
> I am attempting to handle this on the lowest level possible. If the listings are not removed by the end of the day today, our attorney will be notified. If you cooperate, this will not go any further.

A true and correct copy of Mr. Mathews' June 18, 2019 email is attached hereto as **Exhibit 2**.

10. On June 20, 2019, YSN received a notice via email from eBay – **headquartered in California** – that, in response Defendant's demand to eBay that it remove YSN's listing for the First YSN Firestarter, eBay had taken down YSN's listing. A true and correct copy of eBay's June 20, 2019 email to YSN is attached hereto as **Exhibit 3**.

11. On July 12, 2019, Mr. Mathews, yet again, wrote to YSN, this time informing YSN that Defendant was in the process of filing a lawsuit against YSN. A true and correct copy of Mr. Mathews' June 18, 2019 email is attached hereto as **Exhibit 4**. Defendant did not file any such suit, however.

12. On September 5, 2019, YSN received notice from Home Depot that it had received a cease and desist demand from Defendant, on September 4, 2019, alleging that the First YSN Firestarter infringed upon the patent-in-suit and further threatening, in pertinent part, that "we will likely be going that route and filing a law suit against him [sic] and all customers who are selling the product." A true and correct copy of Mr. Mathews' September 4, 2019 email to Home Depot is attached hereto as **Exhibit 5**.

13. That same day, one of YSN's other customers, Wayfair, informed YSN that it had received a similar threat from Defendant stating that Defendant intended to "file a law suit if [the First YSN Firestarter product] is not taken down" from Wayfair's website. YSN also learned that, on or about September 5, 2019, Walmart had placed a "restriction" on the First YSN Firestarter product, due to Defendant's threats to Walmart.

14. Rather than waste further time, energy, or emotion arguing the issue with Defendant, despite believing the patent-in-suit was invalid in view of the prior art, YSN elected to redesign the First YSN Firestarter to bear no resemblance whatsoever to the design elements of the firestarter depicted and claimed in the patent-in-suit, something of which YSN informed Defendant on September 6, 2019 that YSN intended to do.

15. In any event, all of YSN's party witnesses reside in California and all the third party witnesses of whom YSN is aware reside within the state of California and/or outside of the Eastern District of Louisiana, and all of YSN's records are kept in Los Angeles County. In contrast, YSN has no significant connection with the state of Louisiana, having no employees, offices, facilities, warehouses, or documents located there. In addition, YSN does not attend any trade shows in Louisiana, nor does it undertake any promotional activities specifically targeting customers in the state of Louisiana.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.  Executed this 15TH day of January, 2020, at Pico Rivera, California.

_____
SAM NEWMAN

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4330181.1

5

DECLARATION OF SAM NEWMAN ISO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

# EXHIBIT 1

EXHIBIT 1
6

From: <tmathews@mathewsoutdoorproducts.com>
Date: Mon, Feb 18, 2019 at 8:34 AM
Subject: product infringement
To: <info@flameking.com>
CC: Tyson Mathews <sales@mathewsoutdoorproducts.com>

To whom it may concern,
  We noticed your company has knocked off and are infringing on our product, The Cajun Dragon Propane Fire Starter "Deluxe", and are selling them on Amazon and Ebay, under your own private label. We met you at the National Hard ware Show last year and gave you one of these, being nice and thinking we were all out there trying to do the same thing, get business the honest way. Our products are protect by the following.
US Design Patent Serial No. 29/589,212, US Utility Patent Serial No. 15/394,470, and US Provisional Patent Serial No. 62/277,962.

  I am giving you fair warning with this email, to cease and desist all sales of this product (YSNFS-01-Propane-Fire-Starter-Log-Lighter), and any variation of our products. All sales must cease immediately, and product listings must be taken down from Amazon, Ebay, and any other sales channel you have it listed on. If the listings are not taken down by the end of the day on 2-19-19, I will hand this case over to our Patent Attorney, to file suit against your company, for infringement.

  Also, I have not done it yet, but will immediately let everyone know what kind of business this is. I will report your company to your biggest accounts, such as Home Depot, etc. I will also let the world know on Social Media, what kind of company this is. When I am done with your company, your company will be done. No one will want to do business with you. The act you have done, is terrible business integrity, and extremely bad for your business here in the US. Everyone will be terrified to do business with you. There is so much more I will do if you do not cease this operation immediately. You can't even imagine the fallout you are going to have. I'm just giving you fair warning before you are shunned out of the industry. You leave my products alone and I will leave your business alone! Fair is fair!

Sincerely,
Tyson Mathews
Inventor/ Owner of the Cajun Dragon
Mathews Outdoor Products, LLC

**EXHIBIT 1**
**7**

# EXHIBIT 2

**EXHIBIT 2**
**8**

From: **Tyson Mathews** <Tmathews@mathewsoutdoorproducts.com>
Date: Tue, Jun 18, 2019 at 10:17 PM
Subject: Cajun Dragon Propane Fire Starter (Patent)
To: <info@flameking.com>
CC: <sales@mathewsoutdoorproducts.com>

The patent was issued for the Cajun Dragon on 6/18/2019. Please cease all sales of your flame king "log lighter" immediately and remove all listings online (Amazon, etc.), contact any stores that have your product and cease all sales. This email serves as your notice of infringement.

U.S. Patent No. D851,763

I am attempting to handle this on the lowest level possible. If the listings are not removed by the end of the day today, our attorney will be notified. If you cooperate, this will not go any further.

Sincerely,
Tyson Mathews

**EXHIBIT 2**
9

# EXHIBIT 3

EXHIBIT 3
10

**Mark B. Mizrahi**

| | |
|---|---|
| From: | no.reply@ebay.com |
| Sent: | Thursday, June 20, 2019 4:31 PM |
| To: | dov@flameking.com |
| Subject: | Your listing has been removed: Patent Violation - Unauthorized Item |



Your listing has been removed: Patent Violation - Unauthorized Item

Hello flame-king,

After reviewing your eBay account, we've taken the following action:
- Violating listings have been removed. A list of items that were removed can be viewed at the bottom of this message.
- We have credited all associated fees except for the final value fee for your listing(s).

Your listing or product was removed after the rights owner notified us that your item infringes on their patent rights. We urge you to contact the rights owner directly for more information about why they requested the removal of your listing or product.

For more information on our VeRO program, please visit:
http://pages.ebay.com/vero/infoforusers.html

If you have more questions, contact our policy experts:
http://ocsnext.ebay.com/ocs/cusr?query=1337&=PTB1197

Please be sure your current and future listings follow these guidelines, keeping in mind that additional violations could result in the suspension of your account..

The rights owner or an agent authorized to act on behalf of the rights owner, Mathews Outdoor Products, LLC, notified eBay that this listing violates intellectual property rights. When eBay receives a report of this type of violation, we remove the listing to comply with the law.

We encourage you to contact Mathews Outdoor Products, LLC directly if you have any questions.

You can send an email to:
Tmathews@mathewsoutdoorproducts.com

For more information on how eBay protects Intellectual Property, or for additional information if you believe that your listing has been removed as a result of an error or misidentification, please visit the following Help

**EXHIBIT 3**
**11**

page:
http://pages.ebay.com/help/policies/programs-vero-ov.html

Here are the listings that were removed:
123538031127 - YSNFS-01 Propane Fire Starter Log Lighter

We appreciate your cooperation.

Thanks,

eBay

Please don't reply to this message. It was sent from an address that doesn't accept incoming email.

eBay Document ID: 71731249005

eBay is committed to your privacy. Read our user agreement and privacy notice. Learn how to recognize fake (spoof) emails.

Copyright © 2019 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125.

**EXHIBIT 3**
**12**

# EXHIBIT 4

EXHIBIT 4
13

On Jul 12, 2019, at 4:42 PM, Tyson Mathews <Tmathews@mathewsoutdoorproducts.com> wrote:

Sam, Just a heads up. The Lawsuit will be filed next week. We are currently in the process of putting together our info for our Attorney as he has asked of us to move forward with this. Once he has this he will file it next week.

Regarding the lawsuit,
Ysn Imports, Flame King, and all associated customers and affiliates will be named in the suit. (Ex. Walmart, Amazon, Wayfair, Home Depot, Better Homes and Garden, Real Simple, People.com, Martha Stewart, Northline Express, Bizrate, Furnituresidea, ... and the rest of them.) Every single business that we can find will be sued over this.

So, I'm just giving you a chance to pull the product like has been asked of you to prevent yourself and the rest of all named and more from being sued, because of your Infringement. You have been warned again! You will not receive another warning, however you can expect to be served. I'm not sure about Israel, but Patents matter here in the U.S.A

Sincerely,
Tyson Mathews
985-312-7474

Sent from my iPhone

**EXHIBIT 4**
**14**

# EXHIBIT 5

EXHIBIT 5
15

**Mark B. Mizrahi**

| | |
|---|---|
| **From:** | tmathews@mathewsoutdoorproducts.com |
| **Sent:** | Wednesday, September 04, 2019 11:15 AM |
| **To:** | IP Requests |
| **Cc:** | tmathews@mathewsoutdoorproducts.com |
| **Subject:** | [EXTERNAL] Intellectual property infringement U.S. Design Patent |
| **Attachments:** | Home Depot IP - Sep 4 2019 - 1-09 PM.pdf |

Please find attached signed document.


Attn: **Home Depot Legal Team IP INFRINGEMENT NOTICE**
Intellectual Property Infringement: **U.S Patent No. D851,763**

My name is Tyson Mathews, I am the intellectual property owner of the following U.S. Patent. **U.S. Patent No. D851,763**. There is a listing on your website that is an exact copy of my product which is protected by our U.S. Patent. The listing URL is: https://www.homedepot.com/p/Flame-King-Propane-Fire-Starter-Log-Lighter-YSNFS-01/308804470
This company met us at the National Hardware show in Las Vegas 2 years ago. We gave them one of our products as a nice gesture, because we were booth neighbors.
We noticed that they had copied our product and began selling them. I contacted the CEO who was the one we gave the product to and asked him cease all sales due to his infringement. He stated that he would not cease the sales and to sue him. So it appears like we will be going that route and filing a law suit against him and all customers who are selling the product. I really do not want to go this route at all.
-PLEASE REMOVE THIS LISTING AND OR BLOCK IT, ASAP FROM HOME DEPOT OR ANY AFFILIATED WEBSITES.
My personal information is as follows, for verification of IP ownership: **U.S. Patent No. D851,763**
Tyson David Mathews
DOB- 10/07/1983
DL # 009502915 Louisiana
985-312-7474
Email: Tmathews@mathewsoutdoorproducts.com
301 Lancaster Dr.
Houma, LA 70360
The representative company for the Patent is :
Mathews Outdoor Products, LLC
EIN# 81-1423279
301 Lancaster DR.
Houma, LA 70360

I, Tyson Mathews, have a good faith belief that use of the material on the Site as I have described in the DMCA Notice is not authorized by the Intellectual property owner, its agent, or the law

**EXHIBIT 5**
**16**

I, Tyson Mathews, swear under penalty of perjury that the information contained in this notification is accurate and that I am the U.S. Patent owner.

Sincerely,

Tyson Mathews
President
Mathews Outdoor Products, LLC
985-312-7474

**EXHIBIT 5**
**17**