TODD M. LANDER (BAR NO. 173031)
todd.lander@ffslaw.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Plaintiff/counter-defendant,
YSN IMPORTS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YSN IMPORTS, INC., a Nevada corporation dba Flame King,

Plaintiff,

v.

MATHEWS OUTDOOR PRODUCTS LLC, a Louisiana limited liability company,

Defendant.

---

Mathews Outdoor Products, LLC,

Counterclaim Plaintiff,

vs.

YSN Imports, Inc.,

Counter-Defendant.

---

CASE NO.: 2:19-cv-08073-PSG-KS

**YSN IMPORTS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT MATHEWS OUTDOOR PRODUCTS, LLC'S FIRST AMENDED COUNTERCLAIM**

Complaint Filed: September 18, 2020

Trial Date: None

Plaintiff/counter-defendant, YSN Imports, Inc. ("YSN"), by and through its undersigned counsel, hereby files the following Answer and Affirmative Defenses in response to the First Amended Counterclaim (the "Counterclaim") filed by Mathews Outdoor Products, LLC ("Mathews"), and denies all allegations not specifically admitted and states as follows:

1. YSN is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1, and therefore denies those allegations.

2. YSN only admits that it is a Nevada corporation and that it conducts business within this district, in part, by using, advertising for sale, and selling grill and barbecue related goods. YSN denies the remaining allegations of paragraph 2.

3. The allegations in paragraph 3 are legal conclusions to which no response is required.

4. The allegations in paragraph 4 are legal conclusions to which no response is required.

5. YSN only admits that venue in this District is proper. YSN denies the remaining allegations of paragraph 5.

**FIRST COUNTERCLAIM**

**(Infringement of United States Design Patent No. D851,763)**

6. YSN is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6, and therefore denies those allegations.

7. Any exhibits attached to the Counterclaim speak for themselves, and to the extent that such materials are silent regarding the allegations in this paragraph or contradict such allegations, and/or to the extent that discovery in this matter or other background facts contradict such allegations, YSN denies such allegations.

8. YSN is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8, and therefore denies those allegations.

9. YSN only admits that both YSN and Mathews have each exhibited at the National Hardware Show in Las Vegas, Nevada. YSN is without knowledge or

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

information sufficient to form a belief as to the truth of the remaining allegations of paragraph 9, and therefore denies those allegations.

10. YSN is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10, and therefore denies those allegations.

11. YSN is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11, and therefore denies those allegations.

12. YSN only admits that paragraph 12 contains an image of one of YSN's products, and which appears to be a screenshot from a webpage on Amazon.com. YSN denies the remaining allegations of paragraph 12.

13. Denied.

14. Denied.

15. YSN only admits that it has used, sold, or offered for sale its "YSN FS-01 Propane Starter." YSN denies the remaining allegations of paragraph 15.

16. Denied.

17. Denied.

18. Denied.

19. The allegations of paragraph 19 are vague and unintelligible, and YSN therefore on that basis denies those allegations.

20. The allegations of paragraph 20 are vague and unintelligible, and YSN therefore on that basis denies those allegations.

21. The allegations of paragraph 21 are vague and unintelligible, and YSN therefore on that basis denies those allegations.

22. The allegations of paragraph 22 are vague and unintelligible, and YSN therefore on that basis denies those allegations.

23. Denied.

24. Denied.

/ / /

/ / /

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## AFFIRMATIVE DEFENSES

1. The Counterclaim, and each claim raised, fails to state a claim against YSN upon which relief may be granted.

2. Mathews should not prevail because United States Letters Patent No. D851,763 is invalid, unenforceable, and void for failure to comply with one or more of the conditions of patentability as set forth in 35 U.S.C. § 100, *et seq.*, including 35 U.S.C. §§ 102, 103, and/or 112.

3. YSN's accused activities do not infringe United States Letters Patent No. D851,763, literally, or under the Doctrine of Equivalents, nor has YSN contributed to or induced infringement thereof.

4. United States Letters Patent No. D851,763 is unenforceable due to plaintiff's inequitable conduct during the course of the prosecution of the '763 patent, *inter alia*, by failing to disclose prior art during prosecution thereof before the United States Patent and Trademark Office.

5. Mathews is not entitled to injunctive relief because any alleged injury to Mathews is not immediate or irreparable, and Mathews has an adequate remedy at law.

6. The Counterclaim and every cause of action asserted therein against YSN, are barred, in whole or in part, by the doctrine of unclean hands.

7. YSN reserves the right to add additional defenses that may become evident during discovery or trial of this matter.

## PRAYER FOR RELIEF

WHEREFORE, YSN prays for judgment against Mathews as follows:

a. That Mathews take nothing by reason of its Counterclaim or otherwise;

b. A dismissal of the Counterclaim with prejudice;

c. That judgment be rendered in favor of YSN;

d. An adjudication that United States Letters Patent No. D851,763 is invalid and unenforceable;

e. An adjudication that YSN has not infringed, has not contributorily infringed, and has not induced acts of infringement by others of United States Letters Patent No. D851,763;

f. An Adjudication that this is an exceptional case, under 35 U.S.C. § 285, and accordingly, that YSN be awarded its reasonable attorneys' fees, costs and other expenses incurred in defense of this action; and

g. For such other and further relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

YSN hereby demands and requests a trial by jury of all issues raised that are triable by jury.

DATED: April 16, 2020

FREEMAN, FREEMAN & SMILEY, LLP

By: */ s / Mark B. Mizrahi*
TODD M. LANDER
MARK B. MIZRAHI
Attorneys for Plaintiff/counter-defendant, YSN IMPORTS, INC.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100