1  TODD M. LANDER (BAR NO. 173031)
   todd.lander@ffslaw.com
2  MARK B. MIZRAHI (BAR NO. 179384)
   mark.mizrahi@ffslaw.com
3  FREEMAN, FREEMAN & SMILEY, LLP
   1888 Century Park East, Suite 1500
4  Los Angeles, California 90067
   Telephone:  (310) 255-6100
5  Facsimile:  (310) 255-6200

6  *Attorneys for Plaintiff/counter-defendant,*
   *YSN IMPORTS, INC.*

7
8  MARK A. GOLDSTEIN (BAR NO. 175,318)
   mgoldstein@socalip.com
   MICHAEL D. HARRIS (BAR NO. 59470)
9  mharris@socalip.com
   SOCAL IP LAW GROUP LLP
10 310 N. Westlake Blvd., Suite 120
   Westlake Village, CA 91362
11 Telephone: (805) 230-1350
   Facsimile: (805) 230-1355
12
   *Attorneys for Defendant/Counterclaimant,*
13 *MATHEWS OUTDOOR PRODUCTS LLC*

E-FILED

JUN 1 8 2020

Document#_____
already closed

14                    **UNITED STATES DISTRICT COURT**

15                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  YSN IMPORTS, INC., a Nevada corporation dba Flame King, | ) CASE NO.:  2:19-cv-08073-PSG-KS |
| 17 | ) |
| 18            Plaintiff, | ) **STIPULATION OF DISMISSAL OF CASE IN ITS ENTIRETY; ORDER** |
| 19      v. | ) |
| 20  MATHEWS OUTDOOR PRODUCTS LLC, a Louisiana limited liability company, | ) *The Honorable Philip S. Gutierrez* |
| 21 | ) Complaint Filed:  September 18, 2020 |
| 22            Defendant. | ) Trial Date:     None |
| 23 ──────────────────────── | ) |
| 24  Mathews Outdoor Products, LLC, | ) |
| 25            Counterclaim Plaintiff, | ) |
| 26      vs. | ) |
| 27  YSN Imports, Inc., | ) |
| 28            Counter-Defendant. | ) |

4549813.1

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby STIPULATED AND

2 AGREED by and among the parties to the above-captioned action (the "Action"), by

3 and through their undersigned counsel, that this Action, together with all claims

4 asserted by the parties against each other in the Action, shall be, and are hereby,

5 voluntarily dismissed, in their entirety, as follows:

6      1. Plaintiff-Counter-defendant YSN Imports, Inc.'s ("Plaintiff") claims and

7 defenses asserted by Plaintiff in the Complaint [Court Docket Entry No. 1] and in its

8 Answer and Affirmative Defenses to Counterclaim [Court Docket Entry No. 32] in

9 this Action shall be and hereby are DISMISSED WITHOUT PREJUDICE;

10      2. Defendant-counterclaimant Matthew Outdoor Products, LLC's

11 ("Defendant") counterclaims asserted by Defendant in its Counterclaim [Court

12 Docket Entry Nos. 23 and 27] in this Action shall be and hereby are DISMISSED

13 WITH PREJUDICE.

14      3. Each party shall bear its own costs and attorneys' fees incurred in

15 connection with this Action.

16                  Respectfully Submitted,

17

18 DATED: June 17, 2020          FREEMAN, FREEMAN & SMILEY, LLP

19

20                 By: _____/s / Mark B. Mizrahi_____

21                     TODD M. LANDER
                     MARK B. MIZRAHI

22                     Attorneys for Plaintiff/counter-defendant,

23                     YSN Imports, Inc.

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4549813.1

1  DATED: June 17, 2020                    SOCAL IP LAW GROUP LLP

2

3                                          By: _____/s/ Michael Harris_____

4                                               MICHAEL HARRIS
                                                MARK A. GOLDSTEIN
5
                                                Attorneys for Defendant/counterclaimant,
6                                               Mathews Outdoor Products LLC

7

8

9        Pursuant to Local Rule 5-4.3.4, Mark B. Mizrahi attests that all other

10  signatories listed, and on whose behalf this filing is submitted, concur in the filing's

11  content and have authorized the filing.

12  DATED: June 17, 2020                    FREEMAN, FREEMAN & SMILEY, LLP

13

14                                         By: _____/ s / Mark B. Mizrahi_____

15                                              TODD M. LANDER
                                                MARK B. MIZRAHI
16
                                                Attorneys for Plaintiff/counter-defendant,
17                                              YSN Imports, Inc.

18

19

20

21       IT IS SO ORDERED.

22       DATED: _____

23

24       UNITED STATES DISTRICT JUDGE

25

26

27

28

4549813.1

3

STIPULATION OF DISMISSAL OF CASE IN ITS ENTIRETY

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100